UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CHARDAVOYNE

v.

THAMES WATER

: 3:03CV56(WWE)   2003 OCT 22  P 12: 38
:
:
:
:
:

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes including trial upon written request by all parties (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

xxx A ruling on the following motion which is currently pending (orefm.): #7 Motion to Dismiss

____ A settlement conference (orefmisc./cnf)

____ A scheduling conference (orefmisc/cnf)

____ Other: A hearing to show cause (orefmisc./misc)

SO ORDERED this 22d day of October, 2003, at Bridgeport, Connecticut.

_____
Warren W. Eginton, Senior U.S.D.J.