**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CHARDAVOYNE** | : | 3:03CV56 |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THAMES WATER** | : | |

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes including trial upon written request by all parties (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_\_ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

\_\_\_\_\_ A ruling on the following motion which is currently pending (orefm.):

**XXX**\_\_ A settlement conference (orefmisc./cnf)

\_\_\_ A scheduling conference (orefmisc/cnf)

\_\_\_\_ Other: A hearing to show cause(orefmisc./misc)

    SO ORDERED this 19th day of November, 2003, at Bridgeport, Connecticut.


                                          _____
                                          Warren W. Eginton, Senior U.S.D.J.