ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 19 P 3:45

| | |
|---|---|
| DAVID E. CHARDAVOYNE, | : |
| Plaintiff, | : |
| V. | : No. 03-CV-56 (WWE) |
| THAMES WATER HOLDINGS INCORPORATED and THAMES WATER NORTH AMERICA, INC., | : |
| Defendant. | : NOVEMBER 19, 2003 |

## DISCLOSURE STATEMENT

Defendants Thames Water Holdings Incorporated and Thames Water North America, Inc., by their attorneys Zeldes, Needle & Cooper, A Professional Corporation, make the following statement pursuant to this Court's Order Re: Disclosure Statement.

1.   The parent corporations of Thames Water North America, Inc. are, in ascending order, Thames Water Holdings Incorporated; Thames Water Aqua Holdings US, Inc.; Thames Water Aqua Holdings GmbH; RWE AG.

2.   Of the companies listed, only RWE AG is publicly traded, and it is publicly traded only in Europe.

Respectfully submitted,

Jonathan B. Orleans (ct05440)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: jorleans@znclaw.com

Attorney for Defendants

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>James R. Hawkins II, Esq.
>Finn, Dixon & Herling LLP
>One Landmark Sq., Suite 1400
>Stamford, CT 06901-2689

Dated at Bridgeport, Connecticut on this 19th day of November, 2003.

Jonathan B. Orleans