ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   FILED

DAVID E. CHARDAVOYNE,

        Plaintiff,

V.

THAMES WATER HOLDINGS
INCORPORATED and THAMES WATER
NORTH AMERICA, INC.,

        Defendant.

2003 NOV 19 P 3:45

No. 03-CV-56 (WWE)

November 19, 2003

## APPEARANCE

Please enter my appearance in the above-captioned matter on behalf of Defendant Thames Water North America, Inc.

                                          Jonathan B. Orleans (ct05440)

                                          Zeldes, Needle & Cooper, P.C.
                                          1000 Lafayette Blvd., Suite 500
                                          Bridgeport, CT 06604
                                          Tel: (203) 333-9441
                                          Fax: (203) 333-1489
                                          e-mail: jorleans@znclaw.com

                                          Attorney for Defendants

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

> James R. Hawkins II, Esq.
> Finn, Dixon & Herling LLP
> One Landmark Sq., Suite 1400
> Stamford, CT 06901-2689

Dated at Bridgeport, Connecticut on this 19th day of November, 2003.

Jonathan B. Orleans