UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV 24  P 1: 46

US DISTRICT COURT
BRIDGEPORT CT

David Chardavoyne

v.

Thames Water Holdings

Civil No. 3:03cv56(WWE)

## ORDER

On November 19, 2003 the Honorable Warren W. Eginton referred the above captioned case to the Magistrate Judge. Pursuant to L.R. 7(a)(1), all <u>original</u> documents are to be filed at the Seat of Court of the District Judge assigned to this case. Counsel are directed to forward to chambers within <u>10 days</u> copies of the Complaint(s), Answer(s) and any Pleadings previously filed in this case which are relevant to the referral. For the duration of this Magistrate Judge's involvement with this file, <u>courtesy copies</u> of all filings should be forwarded to her Chambers at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

Dated at Bridgeport, Connecticut this 20 day of November 2003.

Holly B. Fitzsimmons
U.S. Magistrate Judge