UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID CHARDAVOYNE | : |
| v. | : CIV. NO. 3:03CV56 (WWE) |
| THAMES WATER HOLDINGS, INC. ET AL | : |

ENDORSEMENT RULING AND SCHEDULING ORDER

A conference was held on November 19, 2003, to address defendant's pending Motion to Dismiss. After discussion, and with agreement of counsel, defendant's Motion to Dismiss **[Doc. #7]** is **DENIED as MOOT** in light of the filing of an Amended Complaint.

Defendants' will file a motion to dismiss addressing the parties and claims contained in the amended complaint on or before December 10, 2003. Plaintiff's response is due on or before December 31, 2003.

A settlement conference is scheduled for December 17, 2003 at 2:00 p.m.

SO ORDERED at Bridgeport this 26th day of November 2003.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE