UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE, | : |
| | : |
| Plaintiff, | : |
| | :  No. 03-CV-56 (WWE) |
| V. | : |
| | : |
| THAMES WATER HOLDINGS | : |
| INCORPORATED and THAMES WATER | : |
| NORTH AMERICA, INC., | : |
| | : |
| Defendants. | :  December 4, 2003 |

MOTION ON CONSENT FOR EXTENSION
OF TIME TO FILE MOTION TO DISMISS

The defendants Thames Water Holdings Incorporated and Thames Water North America, Inc. move for an extension of time, to and including January 9, 2004, to file a motion to dismiss or transfer addressed to the Amended Complaint in this matter. In support of this motion, counsel for defendants represents as follows:

    1.    At a status conference on November 19, 2003, the Court (Fitzsimmons, Magistrate-Judge) stated that:

        a.    The Court would deny as moot, in light of the filing of the Amended Complaint, the pending Motion to Dismiss filed by defendant Thames Water Holdings Incorporated and addressed to the original Complaint in this action; and

        b.    Defendants would be permitted to file a motion to dismiss or transfer addressed to the Amended Complaint, no later than December 12, 2003.

    2.    At the status conference, the Court also scheduled a settlement conference, to be held on December 17, 2003.

3. In order to avoid the possible waste of the parties' resources, defendants seek to extend their deadline to file a motion to dismiss or transfer until after the settlement conference (and after the subsequent holidays).

4. This is the first motion for an extension of time addressed to this deadline.

5. Counsel for plaintiff has consented to the granting of this motion.

WHEREFORE, defendants request that their deadline for filing a motion to dismiss or transfer addressed to the Amended Complaint in this action be extended to January 9, 2004.

Respectfully submitted,

_____
Jonathan B. Orleans (ct05440

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: jorleans@znclaw.com

Attorney for Defendants

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>James R. Hawkins II, Esq.
>Finn, Dixon & Herling LLP
>One Landmark Sq., Suite 1400
>Stamford, CT 06901-2689

Dated at Bridgeport, Connecticut on this         day of December, 2003.

_____
Jonathan B. Orleans