UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|   |   |   |
|---|---|---|
| DAVID CHARDAVOYNE | : | |
| v. | : | CIV. NO. 3:03CV56 (WWE) |
| THAMES WATER HOLDINGS, INC. ET AL | : | |

ENDORSEMENT RULING

Defendant's Motion on Consent for Extension of Time to File Motion to Dismiss **[Doc. #22]** is **GRANTED**. Defendants will file their motion to dismiss thirty (30) days after the December 17, 2003 settlement conference.

SO ORDERED at Bridgeport this 11th day of December 2003.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE