UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE, | : |
| | : |
| Plaintiff, | : |
| | : |
| V. | : NO. 3:03-CV-56 (WWE) |
| | : |
| THAMES WATER HOLDINGS INCORPORATED, THAMES WATER NORTH AMERICA INC., | : |
| | : |
| Defendants. | : January 16, 2004 |

## DEFENDANTS' MOTION TO DISMISS OR TRANSFER

The Defendants, Thames Water Holdings Incorporated ("Thames Water Holdings") and Thames Water North America Inc. ("Thames Water North America"), hereby move to dismiss the Amended Complaint filed by the Plaintiff pursuant to Fed.R.Civ.P. 12(b)(3), for improper venue. In the alternative, Defendants hereby move this Court to transfer this action to the District of New Jersey, pursuant to 28 U.S.C. § 1404(a).

In support of its motion, Defendants file the accompanying Memorandum of Law. Defendants also rely on materials previously filed with the Court, in support of Thames Water Holdings' Motion to Dismiss, which was denied without prejudice as moot in light of Plaintiff's submission of the Amended Complaint. Those materials are:

1.  Affidavit of Ari D. Levine dated March 10, 2003 ("First Levine Aff."), attached at Exhibit A to Defendant's Motion to Dismiss Plaintiff's Complaint For Lack Of Personal Jurisdiction And Improper Venue;

2.  Affidavit of A. Matthew Huckin ("Huckin Aff."), attached at Exhibit B to Defendant's Motion to Dismiss Plaintiff's Complaint For Lack Of Personal Jurisdiction And Improper Venue;

**TESTIMONY NOT REQUIRED**
**ORAL ARGUMENT REQUESTED**

3. Business card of David E. Chardavoyne, attached at Exhibit C to Defendant's Motion to Dismiss Plaintiff's Complaint For Lack Of Personal Jurisdiction And Improper Venue; and

4. Affidavit of Ari D. Levine dated May 5, 2003 ("Second Levine Aff."), attached at Exhibit A to Defendant Thames Water Holdings Incorporated's Reply Memorandum In Support Of Its Motion To Dismiss The Plaintiff's Complaint.

Respectfully submitted,

*[signature]*

Jonathan B. Orleans (ct05440)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: jorleans@znclaw.com

Attorney for Defendant
Thames Water Holding Incorporated

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>James R. Hawkins II, Esq.
>Finn, Dixon & Herling LLP
>One Landmark Sq., Suite 1400
>Stamford, CT 06901-2689

Dated at Bridgeport, Connecticut on this 16th day of January, 2004.

Jonathan B. Orleans