UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
DAVID E. CHARDAVOYNE,                :
                                     :
        Plaintiff,                   :     Case No. 03-CV-56 (WWE)
                                     :
    v.                               :
                                     :
THAMES WATER HOLDINGS                :
INCORPORATED, THAMES WATER           :
NORTH AMERICA INC                    :
                                     :
        Defendants.                  :     January 30, 2004
---------------------------------------------------------------x

## MOTION FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of fourteen days (14) days from February 6, 2004 to and including February 20, 2004 to respond to defendants' Motion to Dismiss filed January 16, 2004 in this action. In support of this motion, undersigned counsel states as follows:

1.      This is the first request for an extension of time made by plaintiff with respect to this time limitation.

2.      Counsel for defendants consent to the requested extension.

3.      The extension is necessary as undersigned counsel will be out of the country and the response can not be completed before February 6, 2004.

{00058957; 1; 1103-2}

For the above-stated reasons, plaintiff David E. Chardavoyne respectfully requests that this court grant an extension of time to and including February 20, 2004 to respond to the Motion to Dismiss filed by defendants in this action.

<pre>
                                    PLAINTIFF
                                    DAVID E. CHARDAVOYNE

                               By:    /s/ James R. Hawkins II
                                    James R. Hawkins II (ct 00128)
                                    FINN DIXON & HERLING LLP
                                    One Landmark Square
                                    Stamford, CT 06901-2689
                                    Tel: (203) 325-5000
                                    Fax: (203) 348-5777
                                    Email: jhawkins@fdh.com
</pre>

{00058957; 1; 1103-2}

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following this 30th day of January 2004:

Jonathan B. Orleans, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Suite 500
Bridgeport, CT  06604

_____
James R. Hawkins II

{00058957; 1; 1103-2}