\#26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
DAVID E. CHARDAVOYNE,          :
                               :
         Plaintiff,            :   Case No. 03-CV-56 (WWE)
                               :
     v.                        :
                               :
THAMES WATER HOLDINGS          :
INCORPORATED, THAMES WATER     :
NORTH AMERICA INC              :
                               :
         Defendants.           :   January 30, 2004
------------------------------------------------------------x

Motion GRANTED
2-9-04
Senior United States District Judge

## MOTION FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of fourteen days (14) days from February 6, 2004 to and including February 20, 2004 to respond to defendants' Motion to Dismiss filed January 16, 2004 in this action. In support of this motion, undersigned counsel states as follows:

1. This is the first request for an extension of time made by plaintiff with respect to this time limitation.

2. Counsel for defendants consent to the requested extension.

3. The extension is necessary as undersigned counsel will be out of the country and the response can not be completed before February 6, 2004.

{00058957; 1; 1103-2}