UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 20  A 9: 55

US DISTRICT COURT
BRIDGEPORT CT

------------------------------------------------------------x
DAVID E. CHARDAVOYNE,                 :
                                      :
         Plaintiff,                   :     Case No. 03-CV-56 (WWE)
                                      :
    v.                                :
                                      :
THAMES WATER HOLDINGS                 :
INCORPORATED, THAMES WATER            :
NORTH AMERICA INC                     :
                                      :
         Defendants.                  :     February 19, 2004
------------------------------------------------------------x

## MOTION FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of ten days (10) days from February 20, 2004 to and including March 1, 2004 to respond to defendants' Motion to Dismiss filed January 16, 2004 in this action. In support of this motion, undersigned counsel states as follows:

1. This is the second request for an extension of time made by plaintiff with respect to this time limitation.

2. Counsel for plaintiff has attempted to speak with counsel for defendants but has been unable to reach defendants' counsel.

3. The extension is necessary as undersigned counsel was out of the country and the response can not be completed before March 1, 2004.

{00061203; 1; 1103-2}

For the above-stated reasons, plaintiff David E. Chardavoyne respectfully requests that this court grant an extension of time to and including March 1, 2004 to respond to the Motion to Dismiss filed by defendants in this action.

PLAINTIFF
DAVID E. CHARDAVOYNE

By: _____
James R. Hawkins II (ct 00128)
FINN DIXON & HERLING LLP
One Landmark Square
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: jhawkins@fdh.com

{00061203; 1; 1103-2}

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following this 19th day of February 2004:

Jonathan B. Orleans, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Suite 500
Bridgeport, CT  06604

                                                _____
                                                James R. Hawkins II

{00061203; 1; 1103-2}