

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
DAVID E. CHARDAVOYNE,                :
                                     :
         Plaintiff,                  :   Case No. 03-CV-56 (WWE)
                                     :
    v.                               :
                                     :
THAMES WATER HOLDINGS                :
INCORPORATED, THAMES WATER           :
NORTH AMERICA INC                    :
                                     :
         Defendants.                 :   February 19, 2004
-----------------------------------------------------------x

## MOTION FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of ten days (10) days from February 20, 2004 to and including March 1, 2004 to respond to defendants' Motion to Dismiss filed January 16, 2004 in this action. In support of this motion, undersigned counsel states as follows:

1. This is the second request for an extension of time made by plaintiff with respect to this time limitation.

2. Counsel for plaintiff has attempted to speak with counsel for defendants but has been unable to reach defendants' counsel.

3. The extension is necessary as undersigned counsel was out of the country and the response can not be completed before March 1, 2004.

{00061203; 1; 1103-2}