UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------x
DAVID E. CHARDAVOYNE,                    :
                                         :         2004 FEB 27 P 1:33
           Plaintiff,                    :
                                         :         Case No. 03-CV-56 (WWE)
     v.                                  :
                                         :
THAMES WATER HOLDINGS                    :
INCORPORATED, THAMES WATER               :
NORTH AMERICA INC                        :
                                         :
           Defendants.                   :         February 27, 2004
-------------------------------------------------------------x

## MOTION FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of seven days (7) days from March 1, 2004 to and including March 8, 2004 to respond to defendants' Motion to Dismiss filed January 16, 2004 in this action. In support of this motion, undersigned counsel states as follows:

1. This is the third request for an extension of time made by plaintiff with respect to this time limitation.

2. Counsel for plaintiff has attempted to speak with counsel for defendants but was informed that defendants' counsel is on vacation and was not in the office.

3. Due to scheduling conflicts caused by a death in a colleague's family the response can not be completed before March 8, 2004.

{00062077; 1; 1103-2}

For the above-stated reasons, plaintiff David E. Chardavoyne respectfully requests that this court grant an extension of time to and including March 8, 2004 to respond to the Motion to Dismiss filed by defendants in this action.

> PLAINTIFF
> DAVID E. CHARDAVOYNE
>
> By: _____
> James R. Hawkins II (ct 00128)
> FINN DIXON & HERLING LLP
> One Landmark Square
> Stamford, CT 06901-2689
> Tel: (203) 325-5000
> Fax: (203) 348-5777
> Email: jhawkins@fdh.com

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following this 27th day of February 2004:

Jonathan B. Orleans, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Suite 500
Bridgeport, CT  06604

_____
James R. Hawkins II

{00062077; 1; 1103-2}