UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
DAVID E. CHARDAVOYNE,                :
                                     :
       Plaintiff,                    :       Case No. 03-CV-56 (WWE)
                                     :
v.                                   :
                                     :
THAMES WATER HOLDINGS                :
INCORPORATED, THAMES WATER           :
NORTH AMERICA INC                    :
                                     :
       Defendants.                   :       February 27, 2004
------------------------------------------------------------x

## MOTION FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of seven days (7) days from March 1, 2004 to and including March 8, 2004 to respond to defendants' Motion to Dismiss filed January 16, 2004 in this action. In support of this motion, undersigned counsel states as follows:

1.  This is the third request for an extension of time made by plaintiff with respect to this time limitation.

2.  Counsel for plaintiff has attempted to speak with counsel for defendants but was informed that defendants' counsel is on vacation and was not in the office.

3.  Due to scheduling conflicts caused by a death in a colleague's family the response can not be completed before March 8, 2004.

{00062077; 1; 1103-2}

*Motion GRANTED.*
WARREN W. EGINTON
Senior United States District Judge
3-5-04