UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -8 P 3: 16

US DISTRICT COURT
BRIDGEPORT CT

DAVID E. CHARDAVOYNE,   :   3:03CV56 (WWE)
                        :
                        :
v.                      :
                        :
THAMES WATER HOLDINGS   :
INCORPORATED, THAMES WATER :
NORTH AMERICA INC       :   March 8, 2004

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff David E. Chardavoyne has manually filed the following document or thing:

1. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss or Transfer

This document has not been filed electronically because

( ) the document or thing cannot be converted to an electronic format
(X) the electronic file size of the document exceeds 1.5. megabytes
( ) the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
( ) Plaintiff/ Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

By: _____
James R. Hawkins (ct00128)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 060901
Phone: 203-325-5000
Fax: 203-348-5777
E-mail: jhawkins@fdh.com

{00063038; 1; 1103-2}