United States District Court
District of Connecticut
FILED AT BRIDGEPORT
3/8/04
Kevin F. Rowe, Clerk
By: Tiffany R. Burnley
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | : | 3:03CV56 (WWE) |
| | : | |
| v. | : | |
| | : | |
| THAMES WATER HOLDINGS | : | |
| INCORPORATED, THAMES WATER | : | |
| NORTH AMERICA INC | : | March 8, 2004 |

### SUPPLEMENTAL AFFIDAVIT OF DAVID E. CHARDAVOYNE

| | | |
|---|---|---|
| STATE OF CONNECTICUT | ) | |
| | ) | ss.: Stamford |
| COUNTY OF FAIRFIELD | ) | |

David E. Chardavoyne, being duly sworn, hereby deposes and says:

1. I am the Plaintiff in this action and I am filing this Affidavit in opposition to the Motion to Dismiss of Defendants Thames Water Holdings Incorporated ("Thames Holdings") and Thames Water North America Inc. ("Thames North America"), dated January 16, 2004, and the Memorandum of Law in Support thereof.

2. I hereby incorporate by reference pursuant to Rule 10(c) Fed. R. Civ. P. the affidavit which I have previously submitted in this action dated April 21, 2003 in opposition to Defendants' previously-filed Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, and I hereby reaffirm and incorporate by reference my statements therein.

3. Defendants are part of an extensive international corporate family, controlled now by the entity RWE. The RWE conglomerate is a publicly-held company organized and existing under the laws of the Federal Republic of Germany, with corporate headquarters in Essen, Germany. RWE has many lines of business in various industries

- 1 -
{00062765; 1; 1103-2}

including water, gas, electric, environmental services, industrial services, petroleum and chemicals, and, until it recently sold its ownership in Hochtief (parent of U.S.-based Turner Construction), construction businesses in Germany, the United Kingdom, Canada, the United States and elsewhere, worldwide.

4. RWE runs many of its water-related businesses through Thames Water Plc, which was until November 2000 a publicly-held company engaged primarily in the water products and services businesses in the United Kingdom, with operations and other businesses in 44 countries worldwide. Thames Holdings and Thames North America, are subsidiaries of Thames Water Plc. *See* "Merger" (Organizational Chart), attached hereto as Exhibit A.

5. As part of this structure, Thames Holdings continues to do business through its subsidiary, E'Town Corporation, which acts through yet another subsidiary, Applied Water Management, that currently owns and operates facilities in Clinton and Westbrook, Connecticut. *See* "About Elizabethtown Water Company," at http://www.etownwater.com/about.htm, attached hereto as Exhibit B. *See also* "AWM Facilities," at http://www.appliedwater.com/awm_facilities.htm, attached hereto as Exhibit C.

6. Much of Defendants' Connecticut-related business, including that of Thames Holdings' products subsidiaries, is controlled by and integrated within the Thames Water Plc group of subsidiaries, as described above. In addition to that group, RWE conducts other water-related businesses in Connecticut through at least one other subsidiary, American Water Services, which has recently entered into a contract to perform water treatment facility operation and maintenance for the city of Waterbury, Connecticut. American Water Services is a successor entity in interest to many of the Connecticut-related activities formerly conducted

directly by Thames Holdings and Thames North America. *See* "Public Works Financing," Vol. 177, November 2003, at 3 – 4, attached hereto as Exhibit D.

7. In connection with RWE's acquisition of American Water Works Company, the parent company of the above-mentioned American Water Services, Defendant Thames Holdings contracted with Ronald E. Walsh of Fairfield, Connecticut, to provide certain consulting services, including monitoring certain legal proceedings at the Connecticut Department of Public Utility Control. Walsh performed those services from 2001 through early 2003 (including the period within which the original Complaint in this action was filed), and maintained a home office in Fairfield, Connecticut, for related business purposes. He continues to receive his Federal Income Tax Form 1099 from Thames Holdings for his work during that period. Walsh previously served as Vice President, General Counsel and Secretary of Thames Water North America and Thames Water Holdings Incorporated from the summer of 1999 until July 2001.

8. Plaintiff continues to work for Defendants from his Trumbull, Connecticut home office.

9.  Thames Holdings continues to register a vehicle and pay property taxes in Connecticut, in connection with Plaintiff's company car.

*David E. Chardavoyne*
David E. Chardavoyne

Subscribed and sworn to before me this 5th day of March, 2004.

*Judith P. Pepler*
Notary Public

My Commission expires:

JUDITH P. PEPLER
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2005