UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -8  P 3: 16

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| DAVID E. CHARDAVOYNE, | 3:03CV56 (WWE) |
| v. | |
| THAMES WATER HOLDINGS INCORPORATED, THAMES WATER NORTH AMERICA INC | March 8, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff David E. Chardavoyne has manually filed the following document or thing:

1.  Supplemental Affidavit of David E. Chardavoyne

This document has not been filed electronically because

( )  the document or thing cannot be converted to an electronic format
(X) the electronic file size of the document exceeds 1.5. megabytes
( )  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
( )  Plaintiff/ Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

By: _____
James R. Hawkins (ct00128)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 060901
Phone: 203-325-5000
Fax: 203-348-5777
E-mail: jhawkins@fdh.com

{00063039; 1; 1103-2}