ORIGINAL

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR 18 P 3: 35

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 03-CV-56 (WWE) |
| V. | : | |
| | : | |
| THAMES WATER HOLDINGS | : | |
| INCORPORATED and THAMES WATER | : | |
| NORTH AMERICA, INC., | : | |
| | : | |
| Defendants. | : | March 18, 2004 |

APPEARANCE

Please enter my appearance in the above-captioned matter on behalf of

Defendants Thames Water Holdings, Inc. and Thames Water North America, Inc.

_____
Joel H. Thompson (ct24654)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: jorleans@znclaw.com

Attorney for Defendants

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

> James R. Hawkins II, Esq.
> Finn, Dixon & Herling LLP
> One Landmark Sq., Suite 1400
> Stamford, CT 06901-2689

Dated at Bridgeport, Connecticut on this 18th day of March, 2004.

_____
Joel H. Thompson