ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 18 P 3: 35
U.S. DISTRICT COURT
BRIDGEPORT, CONN

DAVID E. CHARDAVOYNE,

    Plaintiff,

V.

THAMES WATER HOLDINGS
INCORPORATED and THAMES WATER
NORTH AMERICA, INC.,

    Defendants.

No. 03-CV-56 (WWE)

March 18, 2004

## MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM

The defendants Thames Water Holdings Incorporated and Thames Water North America, Inc. move for an extension of time, to and including April 1, 2004, to file their reply memorandum in support of their Motion To Dismiss Or Transfer in this matter. In support of this motion, counsel for defendants represents as follows:

1.    Plaintiff filed his Memorandum Of Law In Opposition To Defendants' Motion To Dismiss Or Transfer on March 8, 2004. Defendants' reply memorandum is presently due on March 22, 2004.

2.    Along with his Opposition, Plaintiff filed the Supplemental Affidavit of David E. Chardavoyne. This affidavit includes several assertions of fact which had not previously been raised by Plaintiff with respect to Thames Water Holdings Incorporated's Motion To Dismiss Plaintiff's Complaint For Lack Of Personal Jurisdiction And Improper Venue.

3.    In order to respond adequately to Plaintiff's Opposition, Defendants must respond both to the legal arguments raised and to the factual assertions made by

Plaintiff. The latter task in particular is a time-consuming one, involving internal fact-gathering from representatives of Defendants who have demanding schedules.

4.  This is the first motion for an extension of time addressed to this deadline.

5.  Counsel for plaintiff has consented to the granting of this motion.

WHEREFORE, Defendants request that their deadline for filing a reply memorandum in support of their Motion To Dismiss Or Transfer be extended to April 1, 2004.

> Respectfully submitted,
>
> Jonathan B. Orleans (ct05440)
> Joel H. Thompson (ct24654)
>
> Zeldes, Needle & Cooper, P.C.
> 1000 Lafayette Blvd., Suite 500
> Bridgeport, CT 06604
> Tel: (203) 333-9441
> Fax: (203) 333-1489
> e-mail: jorleans@znclaw.com
>
> Attorney for Defendants

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

    James R. Hawkins II, Esq.
    Finn, Dixon & Herling LLP
    One Landmark Sq., Suite 1400
    Stamford, CT 06901-2689

Dated at Bridgeport, Connecticut on this 18th day of March, 2004.

                                                    _____
                                                  Joel H. Thompson