35

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 18 P 3: 35

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DAVID E. CHARDAVOYNE,

                        Plaintiff,

V.

THAMES WATER HOLDINGS
INCORPORATED and THAMES WATER
NORTH AMERICA, INC.,

                        Defendants.

:
:
:
:
:
:
:
:
:
:
:
:

No. 03-CV-56 (WWE)

March 18, 2004

## MOTION ON CONSENT FOR EXTENSION
## OF TIME TO FILE REPLY MEMORANDUM

The defendants Thames Water Holdings Incorporated and Thames Water North America, Inc. move for an extension of time, to and including April 1, 2004, to file their reply memorandum in support of their Motion To Dismiss Or Transfer in this matter. In support of this motion, counsel for defendants represents as follows:

1.      Plaintiff filed his Memorandum Of Law In Opposition To Defendants' Motion To Dismiss Or Transfer on March 8, 2004. Defendants' reply memorandum is presently due on March 22, 2004.

2.      Along with his Opposition, Plaintiff filed the Supplemental Affidavit of David E. Chardavoyne. This affidavit includes several assertions of fact which had not previously been raised by Plaintiff with respect to Thames Water Holdings Incorporated's Motion To Dismiss Plaintiff's Complaint For Lack Of Personal Jurisdiction And Improper Venue.

In order to respond adequately to Plaintiff's Opposition, Defendants must respond both to the legal arguments raised and to the factual assertions made by