UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 03-CV-56 (WWE) |
| V. | : | |
| | : | |
| THAMES WATER HOLDINGS | : | |
| INCORPORATED, THAMES WATER | : | |
| NORTH AMERICA INC., | : | |
| | : | |
| Defendants. | : | April 1, 2004 |

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Thames Water Holdings Incorporated and Thames Water North America, Inc., pursuant to D. Conn. L. Civ. R. 7(a)(2), hereby move this court for leave to exceed the ten-page limit for reply memoranda in D. Conn. L. Civ. R. 7(d). The multiple factual and legal arguments raised by Plaintiff required a reply which, despite best efforts, resulted in an eleven-page reply memorandum. Defendants have consulted with counsel for Plaintiff, who does not oppose this motion.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Wherefore, for the foregoing reasons, Defendants respectfully request that this Motion be granted and that Defendants be permitted to exceed the ten-page limit for reply memoranda.

        Respectfully submitted,

_____
Jonathan B. Orleans (ct 05440)
Joel H. Thompson (ct 24654)

    ZELDES, NEEDLE & COOPER, P.C
    1000 Lafayette Boulevard
    P.O. Box 1740
    Bridgeport, CT 06601-1740
    Tel:  (203) 333-9441
    Fax: (203) 333-1489
    e-mail:  jorleans@znclaw.com

Attorneys for Defendants
Thames Water Holding Incorporated
Thames Water North America Inc.