**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -1 P 3: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | : | |
| Plaintiff, | : | |
| | : | No. 03-CV-56 (WWE) |
| V. | : | |
| THAMES WATER HOLDINGS INCORPORATED, THAMES WATER NORTH AMERICA INC., | : | |
| Defendants. | : | April 1, 2004 |

### DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Thames Water Holdings Incorporated and Thames Water North America, Inc., pursuant to D. Conn. L. Civ. R. 7(a)(2), hereby move this court for leave to exceed the ten-page limit for reply memoranda in D. Conn. L. Civ. R. 7(d). The multiple factual and legal arguments raised by Plaintiff required a reply which, despite best efforts, resulted in an eleven-page reply memorandum. Defendants have consulted with counsel for Plaintiff, who does not oppose this motion.

Motion GRANTED
4-8-04
WARREN W. EGINTON
Senior United States District Judge

FILED
2004 APR 13 A 9: 19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**