EX. A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID E. CHARDAVOYNE:

          Plaintiff,

V.

THAMES WATER HOLDINGS
INCORPORATED, THAMES WATER
NORTH AMERICA, INC.,

          Defendants.

No. 03-CV-56 (WWE)

## AFFIDAVIT OF JAMES MCGIVERN

I James McGivern, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen, and understand and believe in the obligations of an oath.

2. I have served as a member of the board of directors for Thames Water Holdings Incorporated from January 22, 2001 through June 15, 2001, and from May 23, 2003 through the present. I have served as a member of the board of directors for Thames Water North America, Inc. from February 1, 2001 through the present.

3. I attended a meeting on May 29, 2002 with A. Matthew Huckin and David E. Chardavoyne, at which Mr. Chardavoyne was given notice of the termination of his employment. That meeting took place in Thames Water North America, Inc.'s Voorhees, New Jersey office.

4. At the time of that meeting, I was also serving as Americas Managing Director of the former Thames Water Plc, now RWE Thames Water Plc, located in Reading, UK. My satellite office at the time of the referenced meeting was located in the Voorhees, New Jersey office of American Water Works Company, Inc.

5.  At present my office is located in the Voorhees, New Jersey office of American Water Works Company, Inc. As of January 10, 2003, Thames Water Holdings Incorporated and Thames Water North America, Inc. are affiliates of American Water Works Company, Inc. where I serve as Chief Operating Officer.

_____
James McGivern

STATE OF NEW JERSEY )
                     ) ss
COUNTY OF Camden )

Subscribed and sworn to personally before me this 24th day of ~~January,~~ February 2004.

_____
Notary Public



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID E. CHARDAVOYNE,

        Plaintiff,

V.

THAMES WATER HOLDINGS
INCORPORATED, THAMES WATER
NORTH AMERICA, INC.,

        Defendants.

No. 03-CV-56 (WWE)

### AFFIDAVIT OF JAMES MCGIVERN

I, James McGivern, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen, and understand and believe in the obligations of an oath.

2. I have served as a member of the board of directors for Thames Water Holdings Incorporated from January 22, 2001 through June 15, 2001, and from May 23, 2003 through the present. I have served as a member of the board of directors for Thames Water North America, Inc. from February 1, 2001 through the present.

3. At the time of my May 29, 2002 meeting with David E. Chardavoyne and A. Matthew Huckin, I was also serving as Americas Managing Director of the former Thames Water Plc, now RWE Thames Water Plc, located in Reading, UK.

4. I presently serve as Chief Operating Officer of American Water Works Company, Inc. As of January 10, 2003, Thames Water Holdings Incorporated and Thames Water North America, Inc. are affiliates of American Water Works Company, Inc.

5. To the best of my recollection, most of the recruiting of David Chardavoyne took place in New York City, where the first interviews occurred.

6. To the best of my recollection, Thames Water Holdings Incorporated permitted David Chardavoyne to work in Stamford as a matter of accommodating his personal convenience because it was near his home. Thames Water Holdings Incorporated had no other operations or interests there, at the time owning businesses only in Pennsylvania and Texas.

7. To the best of my recollection, all substantive meetings with Thames Water executives relating to the possible acquisition of Aquarion Corp. business by Thames Water Holdings Incorporated took place in New York City at the offices of Thames Water Holdings Incorporated's investment banker, Lazard Freres, and in London, England.

8. To the best of my recollection, all meetings relating to the proposed acquisition of the water and wastewater business of Citizens Utilities Company of Connecticut took place outside of Connecticut in New York City and on Martha's Vineyard, Massachusetts.

9. Neither Thames Water Holdings Incorporated nor Thames Water North America, Inc. currently conduct any business or maintain any presence in Connecticut.

10. RWE A.G. is a corporation organized and existing under the laws of the Federal Republic of Germany. It owns directly and indirectly many companies that have their own boards of directors and managements. Thames Water Holdings Incorporated and Thames Water North America, Inc. were subsidiaries of Thames Water Plc prior to January 6, 2003 when, as part of a reorganization in preparation for the subsequent

2

acquisition by RWE of American Water Works Company, Inc. and its subsidiaries, their ownership by RWE was structured through several intermediate subsidiaries that do not include Thames Water Plc.

11. The plaintiff David Chardavoyne has done no work for Thames Water Holdings Incorporated or Thames Water North America, Inc. since he was given notice of termination of his employment on May 29, 2002, although he continued to receive his salary and benefits to the end of his contractual notice period.

12. Thames Water Holdings Incorporated is a holding company and has no operations of its own or any business other than holding shares of its subsidiaries. Thames Water Holdings Incorporated owns the outstanding shares of E'Town Corporation, but the latter has its own board of directors and its own management distinct from that of Thames Water Holdings Incorporated. Like Thames Water Holdings Incorporated, E'Town Corporation is a holding company and has no operations of its own or any business other than owning shares of its subsidiaries. One of E'Town's subsidiaries is Applied Water Management that operates facilities in Connecticut. Applied Water Management has its own board of directors and management.

13. American Water Services, Inc. is a subsidiary of American Water Works Company, Inc., which in turn shares a common parent company with Thames Water Holdings Incorporated. Each of these companies has its own management and board of directors distinct from the others. American Water Services, Inc. is not a successor entity in interest to Thames Water Holdings Incorporated. American Water Services, Inc. has only one operation in Connecticut, which was developed independently from,

and had nothing to do with, Thames Water Holdings Incorporated or Thames Water North America, Inc. Neither American Water Services, Inc. nor American Water Works Company, Inc. have ever owned or been owned by, controlled or have been controlled by, Thames Water Holdings Incorporated or Thames Water North America, Inc.

14. The only reason that Thames Water Holdings Incorporated continues to register a vehicle and pay taxes in Connecticut is that David Chardavoyne has refused to return that vehicle despite repeated demands from its owner that he do so.

_____
James McGivern

STATE OF NEW JERSEY )
                    ) ss
COUNTY OF CAMDEN    )

Subscribed and sworn to personally before me this 29th day of March, 2004.

_____
Notary Public

Commission expires:
June 22, 2004

4

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

> James R. Hawkins II, Esq.
> Finn, Dixon & Herling LLP
> One Landmark Sq., Suite 1400
> Stamford, CT 06901-2689

Dated at Bridgeport, Connecticut on this 1st day of April, 2004.

_____
Joel H. Thompson