## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | : | 3:03CV56 (WWE) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| THAMES WATER HOLDINGS | : | |
| INCORPORATED, THAMES WATER | : | |
| NORTH AMERICA INC. | : | April 13, 2004 |

### APPEARANCE

Please enter the appearance of the following attorney on behalf of plaintiff David E.

Chardavoyne in the above-captioned action.

> William M. Tong (ct25304)
> FINN DIXON & HERLING LLP
> One Landmark Square
> Suite 1400
> Stamford, CT  06901-2689
> Tel: (203) 325-5000
> Fax: (203) 348-5777
> E-mail: wtong@fdh.com

PLAINTIFF DAVID E. CHARDAVOYNE

William M. Tong (ct 25304)
Finn Dixon & Herling LLP
One Landmark Square
Suite 1400
Stamford, CT 06901-2689
Telephone: (203) 325-5000
Facsimile: (203) 348-5777
E-mail: wtong@fdh.com

{00067258; 1; 1103-2}

## **CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following this 13th day of April, 2004:

Jonathan B. Orleans, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Suite 500
Bridgeport, CT  06604

William M. Tong