UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 14  A 10: 00

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| DAVID E. CHARDAVOYNE, | : 3:03CV56 (WWE) |
| | : |
| v. | : |
| | : |
| THAMES WATER HOLDINGS | : |
| INCORPORATED, THAMES WATER | : |
| NORTH AMERICA INC. | : April 13, 2004 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANTS' MOTION TO DISMISS AND FOR EXPEDITED DISCOVERY PRIOR TO THE COURT'S CONSIDERATION OF DEFENDANTS' MOTION TO DISMISS**

Plaintiff David E. Chardavoyne (the "Plaintiff," "Chardavoyne") respectfully moves, pursuant to Fed. R. Civ. P. 7(b) and D. Conn. L. Civ. R. 7(d), for leave of this Court to submit his surreply in opposition to the motion of Defendants Thames Water Holdings Incorporated and Thames Water North America Inc. to dismiss the Amended Complaint for improper venue pursuant to Fed. R. Civ. P. 12(b)(3) or, in the alternative, for transfer of this action to the District of New Jersey pursuant to 28 U.S.C. § 1404(a), dated January 16, 2004 (the "Second Motion to Dismiss"). A copy of Plaintiff's surreply is attached hereto as Exhibit A and the Supplemental Affidavit of David E. Chardavoyne is attached as Exhibit B. Additionally, in the unlikely event the Court relies upon Defendants' factual allegations, Plaintiff moves that the Court permit the parties to conduct immediate and expedited discovery and that it defer its consideration of Defendants' Second Motion to Dismiss until after such discovery has been completed. In support of this motion and for the reasons set forth more fully in the attached surreply, Plaintiff states:

- 1 -

{00067146; 2; 1103-2}

*Motion GRANTED  4-15-04  /s/ WARREN W. EGINTON  Senior United States District Judge*