UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE, | : 3:03CV56 (WWE) |
| | : |
| v. | : |
| | : |
| THAMES WATER HOLDINGS | : |
| INCORPORATED, THAMES WATER | : |
| NORTH AMERICA INC | : March 8, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff David E. Chardavoyne has manually filed the following document or thing:

1. Offer of Judgment

This document has not been filed electronically because

( )   the document or thing cannot be converted to an electronic format
( )   the electronic file size of the document exceeds 1.5. megabytes
(X)   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
( )   Plaintiff/ Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

By: _____
William M. Tong(ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 060901
Phone: 203-325-5000
Fax: 203-348-5777
E-mail: wtong@fdh.com

{00063038; 1; 1103-2}