UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHARDAVOYNE** | : | 3:03cv56 WWE |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THAMES WATER** | : | |

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____   All purposes including trial upon written request by all parties (orefcs.)

____   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____   To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

XXX   A ruling on the following motion which is currently pending (orefm.):

**MOTION TO DISMISS (#24)**

____   A settlement conference (orefmisc./cnf):

____   A scheduling conference (orefmisc/cnf):

____   Other: A hearing to show cause(orefmisc./misc):

    SO ORDERED this 11th day of May, 2004, at Bridgeport, Connecticut.

                                      _____/s/_____
                                      Warren W. Eginton, Senior U.S.D.J.