ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE | ) | |
| | ) | CASE NUMBER: |
| Plaintiff, | ) | 03 CV 56 (WWE) |
| | ) | |
| vs. | ) | |
| | ) | |
| THAMES WATER HOLDINGS | ) | |
| INCORPORATED, THAMES WATER | ) | |
| NORTH AMERICA INC., | ) | |
| | ) | |
| Defendants. | ) | September 7, 2004 |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Local Civil 26(e) for the District of Connecticut, a conference was held on September 3, 2004. The :ipants were James R. Hawkins II of Finn Dixon & Herling LLP, One Landmark Square, ford, Connecticut 06901, for plaintiff David E. Chardavoyne ("Plaintiff") and Jonathan B. ns, of Zeldes, Needles & Cooper, P.C., 1000 Lafayette Boulevard, Suite 500, Bridgeport, )6604, for defendants Thames Water Holdings Incorporated and Thames Water North ·ica Inc.. ("Defendants").

**CERTIFICATION**

Undersigned counsel certify that, after consultation with their clients, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with their clients, have developed the following proposed case management plan. Counsel further certify that they have forwarded a copy of this report to their clients.

- 1 -

{00082830; 1; 1103-2}

Report Approved.
Discovery cutoff date March 1, 2005
Dispositive Motions due by May 1, 2005
SO ORDERED
9/20/2004
Warren W. Eginton, Sr. U.S.D.J.