UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 03-CV-56 (WWE) |
| V. | : | |
| | : | |
| THAMES WATER HOLDINGS | : | |
| INCORPORATED and THAMES WATER | : | |
| NORTH AMERICA, INC., | : | |
| | : | |
| Defendants. | : | October 7, 2004 |

<u>APPEARANCE</u>

Please enter my appearance in the above-captioned matter on behalf of

Defendants Thames Water Holdings, Incorporated and Thames Water North America,

Inc.

/s/ Felice M. Duffy
Felice M. Duffy (ct21379)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: fduffy@znclaw.com

Attorney for Defendants
Thames Water Holdings Incorporated
and Thames Water North America, Inc.

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been sent via U.S. First Class

Mail, postage prepaid, on this date, to:

> James R. Hawkins II, Esq.
> Finn, Dixon & Herling LLP
> One Landmark Sq., Suite 1400
> Stamford, CT 06901-2689

Dated at Bridgeport, Connecticut on this 7th day of October, 2004.


 /s/  Felice M. Duffy
Felice M. Duffy