UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID E. CHARDAVOYNE               :
                                   :       2004 SEP 27 P 2:09
v.                                 :    CIV. NO. 3:03CV56 (WWE)
                                   :
THAMES WATER HOLDINGS INC.,        :
THAMES WATER NORTH AMERICA,        :
INC.                               :

RECOMMENDED RULING ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER

Defendants Thames Water Holdings Inc. and Thames Water North America Inc. ("defendants") move to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(3), for improper venue. Alternatively, defendants seek to transfer this action to the District of New Jersey, pursuant to 28 U.S.C. §1404(a). Plaintiff opposes the motion.[1]

For the reasons that follow, defendants' Motion to Dismiss or Transfer **[Doc. #24]** is **DENIED**.[2]

---

[1] Plaintiff brings this diversity action in a three count complaint challenging his discharge from employment. He seeks, among other things, unpaid wages, benefits, other compensation and declaratory judgment to determine rights and obligations under a written agreement. [Amend. Compl. [Doc. #13].

[2] The Court considered the following documents: Defendants' Motion to Dismiss or Transfer [Doc. #24], Memorandum of Law in Support [Doc. #25], Affidavit of Ari D. Levine dated March 10, 2003 [Doc. #7, Ex. A], Affidavit of A. Matthew Huckin [Doc. #7, Ex. B], business card of David E. Chardavoyne [Doc. #7, Ex. C], Affidavit of David E. Chardavoyne dated April 21, 2003 [Doc. #10], Affidavit of Ari D. Levine dated May 5, 2003 [Doc. #12], plaintiff's Memorandum of Law in Opposition [Doc. #32], Supplemental Affidavit of David E. Chardavoyne [Doc. #33], Defendants' Reply [Doc. #39], Affidavit of James McGivern dated March 29, 2004 [Doc. #40], plaintiff's Surreply [Doc. #44], and defendants' Response to Plaintiff's Surreply [Doc. #45].

---

*Left margin handwritten/stamped:* Upon de novo review and absent objection, the Court hereby adopts the ruling of the Magistrate Judge Holly Fitzsimmons. WARREN W. EGINTON, SENIOR USDJ 10-25-04