UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE, : | |
| : | |
| Plaintiff, : | |
| : | No. 03-CV-56 (WWE) |
| V. : | |
| : | |
| THAMES WATER HOLDINGS : | |
| INCORPORATED and THAMES WATER : | |
| NORTH AMERICA, INC., : | |
| : | |
| Defendants. : | November 4, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Now comes the undersigned counsel, Joel H. Thompson, and pursuant to Local Civil Rule 7(e), respectfully requests leave of this Court to withdraw his appearance as counsel for the Defendants in the above-captioned matter. Defendants have been, and will continue to be, represented by Jonathan B. Orleans of Zeldes, Needle & Cooper, P.C.

Pursuant to Local Civil Rule 7(e), a copy of this motion is being served upon Defendants by certified mail.

For the foregoing reasons, the undersigned counsel respectfully requests that this motion be granted and that his appearance be withdrawn.

                                                                /s/
                                      Joel H. Thompson (ct24654)

                                      Zeldes, Needle & Cooper, P.C.
                                      1000 Lafayette Blvd., Suite 500
                                      Bridgeport, CT 06604
                                      Tel: (203) 333-9441
                                      Fax: (203) 333-1489
                                      e-mail: jorleans@znclaw.com

Attorney for Defendants

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

> James R. Hawkins II, Esq.
> Finn, Dixon & Herling LLP
> One Landmark Sq., Suite 1400
> Stamford, CT 06901-2689

Dated at Bridgeport, Connecticut on this 4th day of November, 2004.

_____/s/
Joel H. Thompson