UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 03-CV-56 (WWE) |
| V. | : | |
| | : | |
| THAMES WATER HOLDINGS INCORPORATED and THAMES WATER NORTH AMERICA, INC., | : | |
| | : | |
| Defendants. | : | November 9, 2004 |

MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, defendants Thames Water Holdings Incorporated and Thames Water North America, Inc. hereby move for an extension of time of thirty (30) days in which to respond to Plaintiff's First Set of Requests for Production, to and including December 20, 2004.

In support of the motion, defendants represent that the requested extension is necessary to gather documents and prepare responses to plaintiff's 49 requests, which are quite burdensome in nature.

This is defendants' first request for an extension of this deadline. The undersigned represents that counsel for plaintiff, William M. Tong, Esq., has advised that plaintiff consents to an extension of time of two weeks, but not to the requested extension of 30 days.

WHEREFORE, Defendants request that this motion be granted.

                                                  Respectfully submitted,

_____/s/
Jonathan B. Orleans (ct05440)

        Zeldes, Needle & Cooper, P.C.
        1000 Lafayette Blvd., Suite 500
        Bridgeport, CT 06604
        Tel: (203) 333-9441
        Fax: (203) 333-1489
        e-mail: jorleans@znclaw.com

Attorney for Defendants

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>James R. Hawkins II, Esq.
>William M. Tong, Esq.
>Finn, Dixon & Herling LLP
>One Landmark Sq., Suite 1400
>Stamford, CT 06901-2689

Dated at Bridgeport, Connecticut on this 9th day of November, 2004.

_____/s/
Jonathan B. Orleans