

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 NOV -9 P 3: 11

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | : | |
| Plaintiff, | : | |
| V. | : | No. 03-CV-56 (WWE) |
| THAMES WATER HOLDINGS INCORPORATED and THAMES WATER NORTH AMERICA, INC., | : | |
| Defendants. | : | November 9, 2004 |

MOTION GRANTED
11-12-04
WARREN W. EGINTON
Senior United States District Judge

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, defendants Thames Water Holdings Incorporated and Thames Water North America, Inc. hereby move for an extension of time of thirty (30) days in which to respond to Plaintiff's First Set of Requests for Production, to and including December 20, 2004.

In support of the motion, defendants represent that the requested extension is necessary to gather documents and prepare responses to plaintiff's 49 requests, which are quite burdensome in nature.

This is defendants' first request for an extension of this deadline. The undersigned represents that counsel for plaintiff, William M. Tong, Esq., has advised that plaintiff consents to an extension of time of two weeks, but not to the requested extension of 30 days.

2004 NOV 12 P 2: 22