UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | ) | |
| | ) | Case No.3:03CV56 (WWE) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THAMES WATER HOLDINGS | ) | |
| INCORPORATED, THAMES WATER | ) | |
| NORTH AMERICA INC., | ) | |
| | ) | |
| Defendants. | ) | November 12, 2004 |

**OBJECTION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Plaintiff David E. Chardavoyne hereby objects to Defendants' Request for Extension of Time to respond to Plaintiff's First Set of Requests for Production. For the reasons sets forth below, Plaintiff does not object to granting Defendants' until December 4, 2004 to respond to Plaintiff's First Set of Requests for Production or until December 20, 2004 to produce all responsive documents. In support of this motion, undersigned counsel states as follows:

1. This action was commenced on January 8, 2003, making this case more than 21 months old.

2. Many months ago I advised counsel for defendants that due to the long delay in this case, I would have to keep the pressure on to complete the matter in a timely fashion, and therefore may be unable to agree to all requests for extensions of time.

3. The Court denied defendants motion to dismiss on October 25, 2004. Defendants are in default for failure to answer the amended complaint. The answer was due on November 8, 2004. Unless Defendants answer by November 17, 2004, plaintiff will move for a default.

{00062077; 1; 1103-2}

4.  Defendants have not yet produced the initial required discovery under Rule 26(a) Fed. R. Civ. P.

5.  Defendants had advised that they consider plaintiff's discovery request objectionable. They also raised that possibility in the motion for extension of time.

For the above-stated reasons, the Court should deny Defendants' motion for extension of time to respond to Plaintiff's request for production until December 20, 2004. Plaintiff does not object to the court extending defendants' time to respond to the discovery request until December 4, 2004 and until December 20, 2004 to produce all responsive documents.

PLAINTIFF<br>
DAVID E. CHARDAVOYNE<br>
By: _____<br>
James R. Hawkins II (ct 00128)<br>
FINN DIXON & HERLING LLP<br>
One Landmark Square<br>
Stamford, CT 06901-2689<br>
Tel: (203) 325-5000<br>
Fax: (203) 348-5777<br>
Email: jhawkins@fdh.com

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following this 12th day of November 2004:

Jonathan B. Orleans, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Suite 500
Bridgeport, CT 06604

_____
James R. Hawkins II

{00062077; 1; 1103-2}