UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x
DAVID E. CHARDAVOYNE,                      :
                                           :
         Plaintiff,                        :     Case No. 03-CV-56 (WWE)
                                           :
    v.                                     :
                                           :
THAMES WATER HOLDINGS                      :
INCORPORATED, THAMES WATER                 :
NORTH AMERICA INC                          :
                                           :
         Defendants.                       :     November 18, 2004
-----------------------------------------------------------------x

## MOTION FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time of twelve days (12) days from November 18, 2004 to and including November 30, 2004 in which to object and/or respond to Defendant's First Set of Interrogatories and Requests for Production dated October 19, 2004. In support of this motion, undersigned counsel states as follows:

1.  This is the first request for an extension of time made by plaintiff with respect to this time limitation.

2.  Counsel for defendant has agreed to the requested extension.

3.  The requested extension is necessary in order to conduct a search and collect and review necessary documents in order to object and/or respond to Defendant's First Set of Interrogatories and Requests for Production

{00098039; 1; 1103-2}

For the above-stated reasons, plaintiff David E. Chardavoyne respectfully requests that this court grant an extension of time to and including November 30, 2004 to object and/or respond to Defendant's First Set of Interrogatories and Requests for Production

                                          PLAINTIFF
                                          DAVID E. CHARDAVOYNE

                                       By: _____
                                          James R. Hawkins II (ct 00128)
                                          FINN DIXON & HERLING LLP
                                          One Landmark Square
                                          Stamford, CT 06901-2689
                                          Tel: (203) 325-5000
                                          Fax: (203) 348-5777
                                          Email: jhawkins@fdh.com

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following this 18th day of November 2004:

Jonathan B. Orleans, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Suite 500
Bridgeport, CT  06604

_____
James R. Hawkins II

{00098039; 1; 1103-2}