UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE | ) | |
| | ) | CASE NUMBER: |
| Plaintiff, | ) | 3:03CV56 (WWE) |
| | ) | |
| vs. | ) | |
| | ) | |
| THAMES WATER HOLDINGS | ) | |
| INCORPORATED, THAMES WATER | ) | |
| NORTH AMERICA INC., | ) | |
| | ) | |
| Defendants. | ) | January 18, 2005 |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to FED. R. CIV. P. 15, Plaintiff David E. Chardavoyne respectfully moves this Court for leave to file a Second Amended Complaint substantially in the form attached hereto as Exhibit A. Plaintiff makes this motion to amplify and expand his existing claims, to add additional claims for conversion of stock and for breach of the implied covenant of good faith and fair dealing, and for reasons more fully set forth in the accompanying Memorandum of Law.

WHEREFORE, Plaintiff David E. Chardavoyne respectfully requests that the Court grant Plaintiff's Motion for Leave to File a Second Amended Complaint and such other and further relief as the Court may deem just and proper.

PLAINTIFF DAVID E. CHARDAVOYNE

By: _____

James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Telephone: (203) 325-5000
Facsimile: (203) 348-5777
E-mail: jhawkins@fdh.com

{00109456; 1; 1103-2}

**CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was delivered by United

States Mail, first class, postage-prepaid to the following this 18th day of January, 2005:

> Jonathan B. Orleans, Esq.
> Zeldes, Needle & Cooper, P.C.
> 1000 Lafayette Boulevard
> Suite 500
> Bridgeport, CT  06604

James R. Hawkins II

-2-