UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE<br>Plaintiff, | CIVIL ACTION NO.<br>3:03-CV-56 (WWE) |
| VS. | |
| THAMES WATER HOLDINGS<br>INCORPORATED, THAMES WATER<br>NORTH AMERICA, INC.<br>Defendant | February 24, 2005 |

## APPEARANCE

Enter my appearance as Attorney for the defendants, Thames Water Holdings, Inc., Thames Water North America, Inc., Jonathan B. Orleans, Esq. in the above-entitled case.

BY:

THE DEFENDANTS
THAMES WATER HOLDINGS,
INCORPORATED AND THAMES
WATER NORTH AMERICA, INC.

Stephen P. Fogerty
Fed. Bar No. ct 01398
HALLORAN & SAGE LLP
315 Post Road West,
Westport, Connecticut 06880
Tele: (203) 227-2855

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION

This is to certify that on this 24TH day of February, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

James R. Hawkins II, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

Jonathan B. Orleans, Esq.
Zeldes, Needle & Cooper, PC
1000 Lafayette Blvd.
Suite 500
Bridgeport, CT 06604

_____
Stephen P. Fogerty, Esquire
Federal Bar No.: ct01398

656370

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195