UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 03-CV-56 (WWE) |
| V. | : | |
| | : | |
| THAMES WATER HOLDINGS | : | |
| INCORPORATED and THAMES WATER | : | |
| NORTH AMERICA, INC., | : | |
| | : | |
| Defendants. | : | February 28, 2005 |

MOTION OF COUNSEL FOR LEAVE TO WITHDRAW APPEARANCES

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel jointly move for leave to withdraw their Appearances as counsel for Defendants Thames Water Holdings Incorporated and Thames Water North America, Inc.

By written Appearance dated February 24, 2005, substitute counsel has appeared for both Defendants in this action.

A copy of this Motion to Withdraw has been served by certified mail on both Defendants in accordance with Local Rule 7 (e).

Dated at Bridgeport, Connecticut this 28th day of February, 2005.

                                                /s/
                            Jonathan B. Orleans (ct05440)

                            Zeldes, Needle & Cooper, P.C..
                            1000 Lafayette Blvd., Suite 500
                            Bridgeport, CT  06604
                            Tel: (203) 333-9441
                            Fax: (203) 333-1489
                            e-mail: jorleans@znclaw.com

                                                                                /s/
                        Felice M. Duffy (ct21379)

                        Zeldes, Needle & Cooper, P.C.
                        1000 Lafayette Blvd., Suite 500
                        Bridgeport, CT  06604
                        Tel: (203) 333-9441
                        Fax: (203) 333-1489
                        e-Mail: fduffy@znclaw.com

CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

> James R. Hawkins II, Esq.
> William Tong, Esq.
> Finn, Dixon & Herling LLP
> One Landmark Sq., Suite 1400
> Stamford, CT 06901-2689
>
> Stephen P. Fogerty, Esq.
> Halloran & Sage, LLP
> 315 Post Road West
> Westport, CT 06880

and via U.S. Certified Mail, Return Receipt Requested, postage prepaid, on this date, to:

> Thames Water Holdings Incorporated
> Thames Water North America, Inc.
> c/o John Romeo, Esq., Legal Department
> American Water Works Service Co., Inc.
> 1025 Laurel Oak Rd.
> Voorhees, NJ 08043

Dated at Bridgeport, Connecticut on this 28th day of February, 2005.

                                                    _____/s/
                                                    Jonathan B. Orleans