UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | ) | |
| | ) | CASE NUMBER: |
| Plaintiff, | ) | 3:03CV56 (WWE) |
| | ) | |
| vs. | ) | |
| | ) | |
| THAMES WATER HOLDINGS | ) | |
| INCORPORATED, THAMES WATER | ) | |
| NORTH AMERICA INC., | ) | |
| | ) | |
| Defendants. | ) | March 4, 2005 |

**MOTION FOR EXTENSION OF TIME AND FOR
MODIFICATION OF SCHEDULING ORDER *NUNC PRO TUNC***

Plaintiff David E. Chardavoyne hereby respectfully moves *nunc pro tunc* pursuant to FED. R. CIV. P. 6(b)(1), 16(a) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time and modification of the scheduling order in this case as follows: (i) an extension of the date upon which discovery shall close in this case for six (6) months, from March 1, 2005 until September 1, 2005, and, (ii) a modification of the scheduling order in this case to extend all other deadlines in the manner set forth below, which shall modify the schedule previously established in this Court's scheduling order, dated September 20, 2004, and in the Report of Parties' Planning Meeting (the "Rule 26(f) Report"), dated September 7, 2004. In support of this motion, undersigned counsel states as follows:

1. This is the first request for an extension of the date upon which discovery shall close and modification of the scheduling order as set forth below.

2. I contacted Defendants' new counsel, Stephen P. Fogerty, Esq., regarding this motion last week. Mr. Fogerty requested I wait until March 2, 2005 for his response. On March 1, 2005, I emailed Mr. Fogerty a draft of this motion. On March 3, 2005, Mr. Fogerty advised

me by email that he was waiting to hear from Defendants' General Counsel. I have not received any further communication from Mr. Fogerty.

3. Plaintiff respectfully requests this extension because although Plaintiff has been diligently conducting discovery in this case, it is not yet complete, and an end to all discovery on March 1, 2005 would be premature. Discovery is not complete for several reasons. First, Defendants' initial production in response to Plaintiff's First Request for Production of Documents was made within the last thirty (30) days and approximately three and a half (3 ½) months after Plaintiff's First Request was served (on October 21, 2004).

4. Second, Defendants' document production is substantially incomplete. Defendants have repeatedly represented that they continue to search for documents they know to exist. At this stage, Defendants have produced one quarter (1/4) of a box of documents in response to forty-nine (49) separate requests. Defendants have objected to or failed to produce documents in response to eighty per cent (80%) of Plaintiff's document requests.

5. Third, no depositions have been taken in this case. Although Defendants noticed Plaintiff's deposition for December 3, 2004, that deposition was postponed at Defendants' request. Plaintiff has made himself available for deposition between December 18-31, 2004 and on February 21-22, 2005, but Defendants declined to take Chardavoyne's deposition on both occasions.

6. Fourth, Plaintiff has requested that Defendants identify dates for depositions of their employees, but no dates have been promised or scheduled at this time.

-2-

7. An extension of the time to conduct discovery should also be granted because the Court recently granted Plaintiff's Motion for Leave to File a Second Amended Complaint. Plaintiff's Second Amended Complaint is due to be filed not later than March 9, 2005.

8. Plaintiff's Second Amended Complaint may also result in further pleading by Defendants and the need for additional discovery.

9. Finally, Defendants have recently replaced their counsel in this action, which will likely impact the schedule and pace of discovery in this case.

10. Because discovery is not yet complete, and also due to the pending amendment of Plaintiff's complaint, Defendants' change of counsel, and for other reasons as set forth in Plaintiff's Motion to Amend and the associated memorandum in reply (dated February 24, 2005), Plaintiff requires additional time to conduct discovery in support of his claims and in defense against Defendants' counterclaims, and to gather additional facts to evaluate Defendants' defenses.

WHEREFORE, Plaintiff David E. Chardavoyne respectfully requests that the Court grant, *nunc pro tunc,* an extension of time and modification of the scheduling order in this case as follows:

(i) an extension of the date upon which discovery shall close in this case for six (6) months, from March 1, 2005 until September 1, 2005;

{00118967; 2; 1103-2}

(ii) a modification of the scheduling order in this case to extend all deadlines in the following manner:

    a. Defendants should be allowed until March 19, 2005 to respond to the Second Amended Complaint;

    b. discovery has commenced and all discovery, including depositions of expert witnesses pursuant to FED. R. CIV. P. 26(b)(4), will be completed by September 1, 2005;

    c. depositions may commence at any time and all depositions shall be noticed by July 1, 2005 and be completed by September 1, 2005;

    d. Defendants' damage analysis shall be served not later than May 6, 2005; and

    e. dispositive motions will be filed by November 1, 2005 and

    f. all other terms and conditions of the Court's scheduling order, dated September 20, 2004, and in the Report of Parties' Planning Meeting (the "Rule 26(f) Report"), dated September 7, 2004, shall remain unchanged; and

(iii) such other and further relief as the Court deems just and proper.

PLAINTIFF
DAVID E. CHARDAVOYNE

By: *[signature]*
James R. Hawkins II (ct00128)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Telephone: (203) 325-5000
Facsimile: (203) 348-5777
E-mail: jhawkins@fdh.com

**CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 4th day of March, 2005:

>Jonathan B. Orleans, Esq.
>Zeldes, Needle & Cooper, P.C.
>1000 Lafayette Boulevard
>Suite 500
>Bridgeport, Connecticut 06604
>
>Stephen B. Fogerty, Esq.
>Halloran & Sage LLP
>315 Post Road West
>Westport, Connecticut 06880

_____
James R. Hawkins II

{00118967; 2; 1103-2}