UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | : | 3:03CV56 (WWE) |
| | : | |
| v. | : | |
| | : | |
| THAMES WATER HOLDINGS | : | |
| INCORPORATED, THAMES WATER | : | |
| NORTH AMERICA INC | : | March 9, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff David E. Chardavoyne has manually filed the following document or thing:

1.  Exhibits A-C to the Second Amended Complaint.

This document has not been filed electronically because

( )  the document or thing cannot be converted to an electronic format
(X)  the electronic file size of the document exceeds 1.5. megabytes
( )  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
( )  Plaintiff/ Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

By: _____
William M. Tong(ct25304)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 060901
Phone: 203-325-5000
Fax: 203-348-5777
E-mail: wtong@fdh.com

{00063038; 1; 1103-2}