# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

David E. Chardavoyne
    Plaintiff(s),

v.

Thames Water Holdings, Inc.,
    Defendant(s).

CASE NO: 3:03cv56(WWE)

**FILED**
2005 SEP 27  P 2:58
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTER

PRELIMINARY / **FINAL**
(Please circle one)

1. Date Conference Held: *Sept. 27, 2005*

2. Counsel Present For the Plaintiff(s): *James Hawkins*
   Counsel Present For the Defendant(s): *Stephen Fogerty*

3. Parties Present:
   For the Plaintiff(s): *David Chardavoyne*
   For the Defendant(s): *John Romeo*

4. Was Settlement Reached?:   Yes ___   No _X_
   (Please check one)

5. Is a Follow-Up Conference Recommended?:   Yes ___   No _X_
   (Please check one)

   If so, when should a follow-up conference take place? _____

   When should a final settlement conference report will be filed? _____

6. Any Additional Comments: *The parties are too far apart to permit a settlement - unless the issues can be narrowed by motion.*

   x *James F. Stapleton*
   Special Master James R. Stapleton

**THE SPECIAL MASTER SHALL COMPLETE AND FILE THIS ORIGINAL REPORT WITH THE CLERK'S OFFICE IN NEW HAVEN IMMEDIATELY FOLLOWING THE CONFERENCE. A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED AS SET FORTH ABOVE.**
THANK YOU.

rev. 04/05