UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:03-CV-56 (WWE) |
| VS. : | |
| : | |
| THAMES WATER HOLDINGS : | |
| INCORPORATED, THAMES WATER : | |
| NORTH AMERICA, INC. : | |
| Defendant. : | OCTOBER 28, 2005 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendants, Thames Water Holdings Incorporated and Thames Water North America, Inc., request a thirty (30) day extension of time, from November 1, 2005 to and including December 1, 2005, of their deadline to file a motion for summary judgment. The plaintiff's counsel does not oppose the granting of this motion. For the reasons set forth below, the Court should grant the defendants' motion.

In support of their motion, the defendants state as follows:

1. This is the defendants' first request for an extension of the deadline at issue. The plaintiff's counsel, James R. Hawkins, II, does not oppose the granting of the requested extension.

2. The deadline for the filing of motions for summary judgment is currently November 1, 2005.

3. The parties engaged in a mediation conference on September 27, 2005. The defendants' counsel's efforts were focused on that conference. It did not resolve this matter.

4. The defendants' counsel requires the requested extension of time in order to finalize the research of the applicable legal issues and draft the motion for summary

judgment. Moreover, defendants' counsel has competing case obligations. Thus, the deadline cannot reasonably be met despite the diligence of the defendants.

**WHEREFORE**, for good cause shown, the defendants request that the Court grant their motion to extend the deadline at issue from November 1 to and including December 1, 2005.

                                              **THE DEFENDANTS**
**THAMES WATER HOLDINGS, INCORPORATED AND THAMES WATER NORTH AMERICA, INC.**

_____
Stephen P. Fogerty
Féd. Bar No. ct 01398
**HALLORAN & SAGE LLP**
315 Post Road West,
Westport, Connecticut 06880
Tele: (203) 227-2855
Fax: (203) 227-6992
E-mail: Fogerty@halloran-sage.com

2

## **CERTIFICATION**

  This is to certify that on this 28th day of October, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

James R. Hawkins II, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

              _____
               Stephen P. Fogerty, Esquire
               Federal Bar No.: ct01398

740363_1 DOC

3