IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 NOV 23  P 1:41

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:03-CV-56 (WWE) |
| VS. | : | |
| THAMES WATER HOLDINGS<br>INCORPORATED, THAMES WATER<br>NORTH AMERICA, INC.<br>Defendants. | : | NOVEMBER 23, 2005 |

## APPEARANCE

Enter my appearance as Attorney for the defendants/counter-claim plaintiffs, Thames Water Holdings, Incorporated and Thames Water North America, Inc., in the above-captioned case.

Respectfully submitted,

**THE DEFENDANTS/
COUNTER-CLIAM PLAINTIFFS
THAMES WATER HOLDINGS,
INCORPORATED and THAMES
WATER NORTH AMERICA, INC.**

By: /s/ Ralph W. Johnson
Ralph W. Johnson, III
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No.: (860) 522-6103
Fax No.: (860) 548-0006
E-mail: JohnsonR@halloran-sage.com

## CERTIFICATION

       This is to certify that on this 23rd day of November, 2005, the foregoing was caused to be mailed, postpaid, to:

James R. Hawkins II, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

                                            Ralph W. Johnson, III

760882_1.DOC