IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 NOV 23 P 1:41

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-56 (WWE) |
| VS. | : | |
| | : | |
| THAMES WATER HOLDINGS | : | |
| INCORPORATED, THAMES WATER | : | |
| NORTH AMERICA, INC. | : | |
| Defendants. | : | NOVEMBER 23, 2005 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendants/counter-claim plaintiffs, Thames Water Holdings Incorporated and Thames Water North America, Inc., request a fifteen (15) day extension of time, from December 1, 2005 to and including December 16, 2005, of their deadline to file a motion for summary judgment. The plaintiff's counsel does not oppose the granting of this motion. For the reasons set forth below, the Court should grant the defendants' motion.

In support of their motion, the defendants state as follows:

1.      This is the defendants' second request for an extension of the deadline at issue. The plaintiff's counsel, William M. Tong, does not oppose the granting of the requested extension.

2.      The deadline for the filing of motions for summary judgment is currently December 1, 2005.

3.      The defendants' lead counsel, Stephen Fogerty, began a jury selection in a state court case on November 9. That process and the arguments on pretrial motions ended on November 17. Evidence in the trial began on November 22. The presentation of the evidence in the trial is expected to take at least a week.

4.      The defendants' counsel require the requested extension of time in order to fully consult with and coordinate with their clients and their clients' in-house counsel on the motion

for summary judgment. That process has been delayed by competing case obligations and the intervening Thanksgiving holiday. It has also been delayed by the fact that the defendants are located outside of Connecticut. Thus, the deadline cannot reasonably be met despite the diligence of the defendants.

**WHEREFORE**, for good cause shown, the defendants request that the Court grant their motion and extend the deadline at issue from December 1 to and including December 16, 2005.

Respectfully submitted,

**THE DEFENDANTS/
COUNTER-CLIAM PLAINTIFFS
THAMES WATER HOLDINGS,
INCORPORATED and THAMES
WATER NORTH AMERICA, INC.**

By: _____
Stephen P. Fogerty
Fed. Bar No. ct 01398
**HALLORAN & SAGE LLP**
315 Post Road West,
Westport, Connecticut 06880
Tele: (203) 227-2855
Fax: (203) 227-6992
E-mail: Fogerty@halloran-sage.com

and

Ralph W. Johnson, III
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006
E-mail: Johnsonr@halloran-sage.com

## CERTIFICATION

This is to certify that on this 23rd day of November, 2005, the foregoing was caused to be mailed, postpaid to:

James R. Hawkins II, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

_____
Ralph W. Johnson, III

760924_1.DOC