IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE<br>Plaintiff, | CIVIL ACTION NO.<br>3:03-CV-56 (WWE) |
| VS. | |
| THAMES WATER HOLDINGS<br>INCORPORATED, THAMES WATER<br>NORTH AMERICA, INC.<br>Defendants. | DECEMBER 16, 2005 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7 and 56, the defendants, Thames Water Holdings Incorporated ("TWH") and Thames Water North America, Inc. ("TWNA"), hereby move for summary judgment on the Second Amended Complaint dated March 9, 2005.

In support of their motion, the defendants have submitted a Local Rule 56(a)1 statement of undisputed facts, a memorandum of law and an appendix containing Exhibits 1 through 18, which are the exhibits cited in the Local Rule 56(a)1 statement and the memorandum of law. For the reasons set forth in detail in the defendants' memorandum of law, the Court should grant the defendants' motion and enter judgment in their favor on all claims contained in the Second Amended Complaint.

WHEREFORE, the defendants request that the Court grant their motion and enter judgment in their favor on all claims contained in the Second Amended Complaint.

Respectfully submitted,

**THE DEFENDANTS**
**THAMES WATER HOLDINGS,**
**INCORPORATED and THAMES**
**WATER NORTH AMERICA, INC.**


By: _____
Stephen P. Fogerty
CT Fed. Bar No. 01398
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, Connecticut 06880
Tele: (203) 227-2855
Fax: (203) 227-6992
E-mail: Fogerty@halloran-sage.com

and

Ralph W. Johnson, III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006
E-mail: Johnsonr@halloran-sage.com

Their Attorneys

## **CERTIFICATION**

This is to certify that on this 16th day of December, 2005, the foregoing was caused to be mailed, postpaid, to:

James R. Hawkins II, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689


                                                Ralph W. Johnson, III

747352_1.DOC