IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03-CV-56 (WWE) |
| | : | |
| VS. | : | |
| | : | |
| THAMES WATER HOLDINGS | : | |
| INCORPORATED, THAMES WATER | : | |
| NORTH AMERICA, INC. | : | |
| Defendants. | : | DECEMBER 16, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the undersigned co-defendants have manually filed the following documents:

       Appendix of Exhibits Submitted in Support of the Co-Defendants' Motion for

       Summary Judgment.

The Appendix has not been e-filed because the electronic file size exceeds 1.5 megabytes.

The Appendix has been manually served on all parties.

THE DEFENDANTS
THAMES WATER HOLDINGS,
INCORPORATED and THAMES
WATER NORTH AMERICA, INC.


By: _____
Stephen P. Fogerty
CT Fed. Bar No. 01398
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, Connecticut 06880
Tele: (203) 227-2855
Fax: (203) 227-6992
E-mail: Fogerty@halloran-sage.com

and

Ralph W. Johnson, III
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006
E-mail: JohnsonR@halloran-sage.com

Their Attorneys

## **CERTIFICATION**

      This is to certify that on this 16th day of December, 2005, the foregoing was caused to be mailed, postpaid, to:

James R. Hawkins II, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

                                                    Ralph W. Johnson, III

760812_1 DOC