UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE, | ) | |
| | ) | CASE NUMBER: |
| Plaintiff, | ) | 3:03CV56 (WWE) |
| | ) | |
| vs. | ) | |
| | ) | |
| THAMES WATER HOLDINGS | ) | |
| INCORPORATED, THAMES WATER | ) | |
| NORTH AMERICA INC., | ) | |
| | ) | |
| Defendants. | ) | January 4, 2005 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Plaintiff David E. Chardavoyne hereby respectfully moves pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time from January 6, 2006, to and including February 6, 2006, to respond to the Motion for Summary Judgment filed by Defendants Thames Water Holdings Incorporated and Thames Water North America, Inc., dated December 16, 2005 (the "Summary Judgment Motion"). In support of this motion, undersigned counsel states as follows:

1. This is the first request for an extension of this time limitation.

2. Plaintiff respectfully requests this extension because undersigned counsel have not had a sufficient opportunity to consider and respond to the Summary Judgment Motion. Because of the holiday season and the demands of other pressing business, Plaintiff requires additional time to prepare an appropriate response.

3. Counsel for Plaintiff has conferred with Defendants' counsel, who has consented to the extension requested herein.

{00184991; 1; 1103-2}

WHEREFORE, Plaintiff David E. Chardavoyne respectfully requests that the Court grant an extension of time from January 6, 2006, to and including February 6, 2006, to respond to Defendants' Summary Judgment Motion, along with such other and further relief as the Court deems just and proper.

> PLAINTIFF
> DAVID E. CHARDAVOYNE
>
> By: _____
> James R. Hawkins II (ct00128)
> William M. Tong (ct25304)
> Finn Dixon & Herling LLP
> One Landmark Square, Suite 1400
> Stamford, CT 06901-2689
> Telephone: (203) 325-5000
> Facsimile: (203) 348-5777
> E-mail: jhawkins@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 4th day of January, 2006:

Stephen B. Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut 06880

Ralph W. Johnson, III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

James R. Hawkins II