UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THAMES WATER HOLDINGS )<br>INCORPORATED, THAMES WATER )<br>NORTH AMERICA INC., )<br>)<br>Defendants. ) | CASE NUMBER:<br>3:03CV56 (WWE)<br><br><br><br><br><br><br><br><br>January 30, 2006 |

## APPEARANCE

Please enter the appearance of the following attorney on behalf of plaintiff David E. Chardavoyne in the above-captioned action.

        Patrick J. McHugh (ct14072)
        FINN DIXON & HERLING LLP
        One Landmark Square
        Suite 1400
        Stamford, CT 06901-2689
        Tel: (203) 325-5000
        Fax: (203) 348-5777
        E-mail: pmchugh@fdh.com

        PLAINTIFF DAVID E. CHARDAVOYNE

        _____
        Patrick J. McHugh (ct 14072)
        Finn Dixon & Herling LLP
        One Landmark Square
        Suite 1400
        Stamford, CT 06901-2689
        Telephone: (203) 325-5000
        Facsimile: (203) 348-5777
        E-mail: pmchugh@fdh.com

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following this 30th day of January, 2006:

> Stephen B. Fogerty, Esq.
> Halloran & Sage LLP
> 315 Post Road West
> Westport, Connecticut 06880
>
> Ralph W. Johnson, III, Esq.
> Halloran & Sage LLP
> One Goodwin Square
> 225 Asylum Street
> Hartford, Connecticut 06103

William M. Tong

{00189435; 1; 1103-2}