UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE, ) | |
| ) | CASE NUMBER: |
| Plaintiff, ) | 3:03CV56 (WWE) |
| ) | |
| vs. ) | |
| ) | |
| THAMES WATER HOLDINGS ) | |
| INCORPORATED, THAMES WATER ) | |
| NORTH AMERICA INC., ) | |
| ) | |
| Defendants. ) | January 30, 2006 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Plaintiff David E. Chardavoyne hereby respectfully moves pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time from February 6, 2006, to and including March 8, 2006, to respond to the Motion for Summary Judgment filed by Defendants Thames Water Holdings Incorporated and Thames Water North America, Inc., dated December 16, 2005 (the "Summary Judgment Motion"). In support of this motion, undersigned counsel states as follows:

1. This is the second request for an extension of this time limitation.

2. Due to the complex legal and factual and issues raised by Defendants' Motion for Summary Judgment, Plaintiff requires additional time to prepare an appropriate response

3. Counsel for Plaintiff has conferred with Defendants' counsel, who has consented to the extension requested herein.

{00187705; 1; 1103-2}

WHEREFORE, Plaintiff David E. Chardavoyne respectfully requests that the Court grant an extension of time from February 6, 2006, to and including March 8, 2006, to respond to Defendants' Summary Judgment Motion, along with such other and further relief as the Court deems just and proper.

PLAINTIFF
DAVID E. CHARDAVOYNE

By: _____
Patrick J. McHugh (ct14072)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Telephone: (203) 325-5000
Facsimile: (203) 348-5777
E-mail: pmchugh@fdh.com

-2-

{00187705; 1; 1103-2}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 30th day of January, 2006:

Stephen B. Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut  06880

Ralph W. Johnson, III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut  06103

William M. Tong

{00187705; 1; 1103-2}