UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE, | ) |
| | ) CASE NUMBER: |
| Plaintiff, | ) 3:03CV56 (WWE) |
| | ) |
| vs. | ) |
| | ) |
| THAMES WATER HOLDINGS | ) |
| INCORPORATED, THAMES WATER | ) |
| NORTH AMERICA INC., | ) |
| | ) |
| Defendants. | ) March 2, 2006 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves on consent pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time from March 8, 2006 to and including April 7, 2006, to respond to the Motion for Summary Judgment filed by Defendants Thames Water Holdings Incorporated and Thames Water North America, Inc., dated December 16, 2005 (the "Summary Judgment Motion"). In support of this motion, undersigned counsel states as follows:

1.  This is the third request for an extension of this time limitation, due to recent intervening events as set forth herein.

2.  The attorney primarily responsible for this case, James R. Hawkins, has recently retired from the firm. Additionally, the associate primarily responsible for research and drafting in this matter, William M. Tong, is out by reason of the birth of his first child. The legal and factual issues raised by Defendants' Motion for Summary Judgment are complex and, due to such recent events, Plaintiff requires the additional time to prepare an appropriate response.

3.  Counsel for Plaintiff has conferred with Defendants' counsel, who has consented to the extension requested herein.

{00198593; 1; 1103-2}

WHEREFORE, Plaintiff David E. Chardavoyne respectfully requests that the Court grant the motion on consent extending plaintiff's time from March 8, 2006, to and including April 7, 2006 to respond to Defendants' Summary Judgment Motion, along with such other and further relief as the Court deems just and proper.

PLAINTIFF
DAVID E. CHARDAVOYNE

By: _____
Patrick J. McHugh (ct14072)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Telephone: (203) 325-5000
Facsimile: (203) 348-5777
E-mail: pmchugh@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 2nd day of March, 2006:

>Stephen B. Fogerty, Esq.
>Halloran & Sage LLP
>315 Post Road West
>Westport, Connecticut  06880
>
>Ralph W. Johnson, III, Esq.
>Halloran & Sage LLP
>One Goodwin Square
>225 Asylum Street
>Hartford, Connecticut  06103

_____
Patrick J. McHugh