UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE, ) | |
| ) | CASE NUMBER: |
| Plaintiff, ) | 3:03CV56 (WWE) |
| ) | |
| vs. ) | |
| ) | |
| THAMES WATER HOLDINGS ) | |
| INCORPORATED, THAMES WATER ) | |
| NORTH AMERICA INC., ) | |
| ) | |
| Defendants. ) | April 5, 2006 |

**MOTION FOR EXTENSION OF TIME**

Plaintiff David E. Chardavoyne hereby respectfully moves pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of twenty-one (21) days from April 7, 2006 to and including April 28, 2006, to respond to the Motion for Summary Judgment filed by Defendants Thames Water Holdings Incorporated and Thames Water North America, Inc., dated December 16, 2005 (the "Summary Judgment Motion"). In support of this motion, undersigned counsel states as follows:

1. This is the fourth request for an extension of this time limitation, due to recent intervening events as set forth herein.

2. The attorney primarily responsible for this case, James R. Hawkins, has recently retired from the firm. Plaintiff is now located outside the state of Connecticut. The legal and factual issues raised by Defendants' Motion for Summary Judgment are complex and, due to such recent events, Plaintiff requires the additional time to prepare an appropriate response.

3. Counsel for Plaintiff has attempted to secure the consent of Defendants through Defendants' counsel, but has been unable to confirm whether Defendants consent to the request.

{00205039; 1; 1103-2}

Plaintiff's counsel will inform the Court once plaintiff is able to confirm whether defendants consent to the request.

WHEREFORE, Plaintiff David E. Chardavoyne respectfully requests that the Court grant the motion extending plaintiff's time from April 7, 2006, to and including April 28, 2006 to respond to Defendants' Summary Judgment Motion, along with such other and further relief as the Court deems just and proper.

        PLAINTIFF
        DAVID E. CHARDAVOYNE

By: _____
      Patrick J. McHugh (ct14072)
      Finn Dixon & Herling LLP
      One Landmark Square, Suite 1400
      Stamford, CT 06901-2689
      Telephone: (203) 325-5000
      Facsimile: (203) 348-5777
      E-mail: pmchugh@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 5th day of April, 2006:

Stephen B. Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut  06880

Ralph W. Johnson, III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut  06103

_____
Patrick J. McHugh