UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE, ) | |
| ) | CASE NUMBER: |
| Plaintiff, ) | 3:03CV56 (WWE) |
| ) | |
| vs. ) | |
| ) | |
| THAMES WATER HOLDINGS ) | |
| INCORPORATED, and THAMES WATER ) | |
| NORTH AMERICA, INC., ) | |
| ) | |
| Defendants. ) | April 28, 2006 |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff David E. Chardavoyne has manually filed the following document or thing:

1. Plaintiff's Appendix of Exhibits in Opposition to Defendants' Motion for Summary Judgment.

This document has not been filed electronically because

( )    the document or thing cannot be converted to an electronic format
(X)    the electronic file size of the document exceeds 1.5. megabytes
( )    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
( )    Plaintiff/ Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

By: _____
Patrick J. McHugh (ct14072)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 060901
Phone: 203-325-5000
Fax: 203-348-5777
E-mail: pmchugh@fdh.com

{00063038; 1; 1103-2}

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 28th day April, 2006:

Stephen B. Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut 06880

Ralph W. Johnson, III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

William M. Tong