IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:03-CV-56 (WWE) |
| VS. : | |
| : | |
| THAMES WATER HOLDINGS : | |
| INCORPORATED, THAMES WATER : | |
| NORTH AMERICA, INC. : | |
| Defendants. : | JUNE 7, 2006 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendants/counter-claim plaintiffs, Thames Water Holdings Incorporated and Thames Water North America, Inc., request a thirty (30) day extension of time, from June 12, 2006 to and including July 12, 2006, of their deadline to file a reply brief in support of their motion for summary judgment. The plaintiff's counsel, Patrick McHugh, does not oppose the granting of this motion. For the reasons set forth below, the Court should grant the defendants' motion.

In support of their motion, the defendants state as follows:

1. This is the defendants' second request for an extension of the deadline at issue.

2. The deadline for the filing of the reply brief is currently June 12, 2006.

3. The defendants filed their motion for summary judgment on December 16, 2005. The plaintiff moved for and received 4 extensions of time to file his opposition to the defendants' motion. The defendants expressly consented to the first three of those motions and did not object to the fourth motion. Thus, the plaintiff had 132 days to file an opposition.

4. The plaintiff's opposition consists of a 40 page brief, an affidavit, an 18 page Local Rule 56(a)(2) Statement and 42 exhibits. The defendants' counsel require the additional time requested in order to fully analyze the opposition memorandum and exhibits, to review the case law cited and to research the issue raised by the opposition. The defendants' counsel also

require the requested extension of time to consult with their clients, who are located outside of Connecticut and because of competing case obligations. Thus, the deadline cannot reasonably be met despite the diligence of the defendants. Moreover, given the 4 extensions granted the plaintiff, the request is reasonable.

**WHEREFORE**, for good cause shown, the defendants request that the Court grant their motion and extend the deadline at issue from June 12 to and including July 12, 2006.

Respectfully submitted,

**THE DEFENDANTS/
COUNTER-CLAIM PLAINTIFFS
THAMES WATER HOLDINGS,
INCORPORATED and THAMES
WATER NORTH AMERICA, INC.**


By: _____
Stephen P. Fogerty
Fed. Bar No. ct 01398
**HALLORAN & SAGE LLP**
315 Post Road West,
Westport, CT 06880
Tele: (203) 227-2855
Fax: (203) 227-6992
E-mail: Fogerty@halloran-sage.com

and

Ralph W. Johnson, III
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006
E-mail: Johnsonr@halloran-sage.com

2

## CERTIFICATION

This is to certify that on this 7th day of June, 2006, the foregoing was caused to be mailed, postpaid to:

James R. Hawkins II, Esq.
Patrick McHugh, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689


                                                                                       _____
                                                                                       Ralph W. Johnson, III

838028_1 DOC