IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE<br>Plaintiff, | CIVIL ACTION NO.<br>3:03-CV-56 (WWE) |
| VS. | |
| THAMES WATER HOLDINGS<br>INCORPORATED, THAMES WATER<br>NORTH AMERICA, INC.<br>Defendants. | JULY 25, 2006 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendants/counter-claim plaintiffs, Thames Water Holdings Incorporated and Thames Water North America, Inc., request a twenty-two day extension of time, from July 27, 2006 to and including August 18, 2006, of their deadline to file a motion for reconsideration of the Court's denial of their motion for summary judgment and for the vacating of the Court's July 13, 2006 order. The plaintiff opposes the granting of this motion. For the reasons set forth below, the Court should grant the defendants' motion.

In support of their motion, the defendants state as follows:

1.  This is the defendants' first request for an extension of the deadline at issue.

2.  On July 7, 2006, the Court granted the defendants' motion for extension of time to file their reply brief in support of their motion for summary judgment. The Court set August 10 as the due date for the reply brief. Nevertheless, on July 13, the Court issued an order denying the defendants' motion for summary judgment.

3.  The Court's July 13 order did not address several of the issues raised by the defendants' motion for summary judgment. The defendants maintain that those issues should be resolved in their favor as a matter of law. In any event, rulings on those issues should assist with the orderly conduct of a jury trial, if the case is not resolved as a matter of law in favor of the defendants. Thus, as the Court has overlooked issues, a motion for reconsideration is appropriate.

4. The defendants filed their motion for summary judgment on December 16, 2005. The plaintiff moved for and received 4 extensions of time to file his opposition to the defendants' motion. The defendants expressly consented to the first three of those motions and did not object to the fourth motion. Thus, the plaintiff had 132 days to file an opposition.

5. The defendants' counsel require the requested extension of time to consult with their clients, who are located outside of Connecticut, to draft a motion for reconsideration and because of competing case obligations. Thus, the deadline cannot reasonably be met despite the diligence of the defendants. Moreover, given the fact that the Court issued its July 13 order without allowing the defendants the opportunity to file a reply brief, the requested extension is reasonable.

**WHEREFORE**, for good cause shown, the defendants request that the Court grant their motion and extend the deadline at issue from July 27 to and including August 18, 2006.

Respectfully submitted,

**THE DEFENDANTS/
COUNTER-CLAIM PLAINTIFFS
THAMES WATER HOLDINGS,
INCORPORATED and THAMES
WATER NORTH AMERICA, INC.**

By: _____
Stephen P. Fogerty
Fed. Bar No. ct 01398
**HALLORAN & SAGE LLP**
315 Post Road West,
Westport, CT 06880
Tele: (203) 227-2855
Fax: (203) 227-6992
E-mail: Fogerty@halloran-sage.com

and

Ralph W. Johnson, III
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006
E-mail: Johnsonr@halloran-sage.com

Their Attorneys

## CERTIFICATION

This is to certify that on this 25th day of July, 2006, the foregoing was caused to be mailed, postpaid to:

James R. Hawkins II, Esq.
Patrick McHugh, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

*Copy also sent via facsimile*

The Honorable Warren W. Eginton
c/o Chambers
United States District Court
  for the District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604

*Courtesy Copy, via Hand Delivery*

　　　　　　　　　　　　　　　　　　　　　　　Ralph W. Johnson, III

857172_1 DOC