## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE, ) | |
| ) | CASE NUMBER: |
| Plaintiff, ) | 3:03CV56 (WWE) |
| ) | |
| vs. ) | |
| ) | |
| THAMES WATER HOLDINGS ) | |
| INCORPORATED, THAMES WATER ) | |
| NORTH AMERICA INC., ) | |
| ) | |
| Defendants. ) | July 26, 2006 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully moves this Court to withdraw the appearance of James R. Hawkins II, formerly of the law firm of Finn Dixon & Herling LLP, in the above-captioned matter on behalf of plaintiff David E. Chardavoyne. In support of this motion, undersigned counsel represents in support hereof the following:

1. Attorney Hawkins has retired from the practice of law at the law firm of Finn Dixon & Herling LLP. The undersigned and other counsel of record at Finn Dixon & Herling LLP will continue to represent plaintiff David E. Chardavoyne.

2. A copy of this withdrawal has been served by certified mail on the plaintiff in accordance with Local Rule 7(e).

{00198594; 1; 1103-2}

WHEREFORE, it is respectfully requested that the motion to withdraw the appearance of the above-referenced counsel be granted, along with such other and further relief deemed just and proper by the Court.

Respectfully submitted,

*Patrick J. McHugh/cas*

Patrick J. McHugh (ct14072)
c/o FINN DIXON & HERLING LLP
One Landmark Square
Stamford, Connecticut 06901
Telephone: (203) 325-5000
Facsimile: (203) 348-5777
E-mail: pmchugh@fdh.com

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing was sent by U.S. mail, postage prepaid on July 26, 2006 to the following:

>Stephen B. Fogerty, Esq.
>Halloran & Sage LLP
>315 Post Road West
>Westport, Connecticut  06880
>
>Ralph W. Johnson, III, Esq.
>Halloran & Sage LLP
>One Goodwin Square
>225 Asylum Street
>Hartford, Connecticut  06103

and by certified mail as to the following:

>Mr. David E. Chardavoyne
>319 Cinnamon Oak
>San Antonio, TX  78230

_____
Patrick J. McHugh

3