IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE : | CIVIL ACTION NO. |
| Plaintiff, : | 3:03-CV-56 (WWE) |
| : | |
| VS. : | |
| : | |
| THAMES WATER HOLDINGS : | |
| INCORPORATED, THAMES WATER : | |
| NORTH AMERICA, INC. : | |
| Defendants. : | AUGUST 18, 2006 |

### DEFENDANTS' MOTION FOR RECONSIDERATION

Pursuant to Rule 59 of the Federal Rules of Civil Procedure and Local Rule 7, the defendants, Thames Water Holdings Incorporated ("TWH") and Thames Water North America, Inc. ("TWNA"), hereby move for reconsideration of the Court's ruling entered on July 13, 2006. By the July 13 Ruling, the Court denied the defendants' summary judgment on the Second Amended Complaint.

In support of their motion, the defendants have submitted a memorandum of law. The defendants also incorporate by reference their memorandum of law and the exhibits filed on December 16, 2005 in support of their motion for summary judgment. For the reasons set forth in detail in the defendants' memoranda of law, the Court should grant the defendants' motion.

**WHEREFORE**, the defendants request that the Court grant their motion and enter summary judgment in their favor as requested in their memorandum of law.

Respectfully submitted,

**THE DEFENDANTS
THAMES WATER HOLDINGS,
INCORPORATED and THAMES
WATER NORTH AMERICA, INC.**

By: _____
Stephen P. Fogerty
CT Fed. Bar No. 01398
**HALLORAN & SAGE LLP**
315 Post Road West
Westport, Connecticut 06880
Tele: (203) 227-2855
Fax: (203) 227-6992
E-mail: Fogerty@halloran-sage.com

and

Ralph W. Johnson, III, Esq.
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006
E-mail: Johnsonr@halloran-sage.com

Their Attorneys

## CERTIFICATION

This is to certify that on this 18th day of August, 2006, a copy of the foregoing was caused to be mailed, postpaid, to:

Patrick McHugh, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT  06901-2689

　　　　　　　　　　　　　　　　　　　　　　　　　Ralph W. Johnson, III

869966_1 DOC