IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:03-CV-56 (WWE) |
| VS. : | |
| : | |
| THAMES WATER HOLDINGS : | |
| INCORPORATED, THAMES WATER : | |
| NORTH AMERICA, INC. : | |
| Defendants. : | SEPTEMBER 15, 2006 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendants/counter-claim plaintiffs, Thames Water Holdings Incorporated and Thames Water North America, Inc., request a fifteen (15) day extension of time, from September 21, 2006 to and including October 6, 2006, of their deadline to file a reply memorandum of law in further support of their motion for reconsideration. The motion seeks reconsideration of the Court's denial of the defendants' motion for summary judgment and it seeks the vacating of the Court's July 13, 2006 order. The defendants also request a fourteen (14) day extension of time, from September 22 to and including October 6, to file a reply memorandum in further support of their motion to amend their Answer, Affirmative Defenses and Counterclaims.

The defendants cannot report on the plaintiff's position on the instant motion for extension of time. A message was left with the plaintiff's counsel's office on Monday, September 11, requesting counsel's position on the defendants' motion. On Thursday, September 14, counsel for the parties spoke. The plaintiff's counsel indicated that he been on trial and that he would contact his client to obtain his client's position on the defendants' motion. As of the filing of this motion, the plaintiff's counsel had not called back with his client's position. For the reasons set forth below, the Court should grant the defendants' motion.

In support of their motion, the defendants state as follows:

1. This is the defendants' first request for an extension of the deadlines at issue.

2. The current deadline for the defendants to file a reply memorandum in support of their motion for reconsideration is September 21. The current deadline for the defendants to file a reply brief in support of their motion to amend is September 22.

3. The plaintiff's opposition to the defendants' motion to amend was filed on Friday, September 8. The defendants' counsel first received a copy of that pleading on Monday, September 11 via the Court's email system.

4. As the Court will recall, the defendants filed their motion for summary judgment on December 16, 2005. The plaintiff moved for and received 4 extensions of time to file his opposition to the defendants' motion. The defendants expressly consented to the first three of those motions and did not object to the fourth motion. In total, the plaintiff had 132 days to file an opposition to the summary judgment motion.

5. On July 7, 2006, the Court granted the defendants' motion for extension of time to file their reply brief in support of their motion for summary judgment. The Court set August 10 as the due date for the reply brief. Nevertheless, on July 13, the Court issued an order denying the defendants' motion for summary judgment. On August 18, the defendants filed a motion for reconsideration. That same day, they also filed a motion to amend their Answer, Affirmative Defenses and Counterclaims.

6. The defendants' counsel require the requested extension of time to consult with their clients, who are located outside of Connecticut, to analyze the plaintiff's opposition memoranda and the case law cited in them, and to draft reply memoranda. The defendants' counsel also require the extension of time because of competing case obligations. Thus, the deadlines cannot reasonably be met despite the diligence of the defendants.

**WHEREFORE**, for good cause shown, the defendants request that the Court grant their motion and extend the deadlines at issue from September 21 and 22 to and including October 6, 2006.

        Respectfully submitted,

**THE DEFENDANTS/
COUNTER-CLAIM PLAINTIFFS
THAMES WATER HOLDINGS,
INCORPORATED and THAMES
WATER NORTH AMERICA, INC.**

By: _____
Stephen P. Fogerty
Fed. Bar No. ct 01398
**HALLORAN & SAGE LLP**
315 Post Road West,
Westport, CT 06880
Tele: (203) 227-2855
Fax: (203) 227-6992
E-mail: Fogerty@halloran-sage.com

and

Ralph W. Johnson III
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006
E-mail: Johnsonr@halloran-sage.com

Their Attorneys

## CERTIFICATION

This is to certify that on this 15th day of September, 2006, the foregoing was caused to be mailed, postpaid to:

Patrick McHugh, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

The Honorable Warren W. Eginton
c/o Chambers
United States District Court
  for the District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604

*(Courtesy Copy, via Hand Delivery)*

                                                  Ralph W. Johnson III

885628_1.DOC