UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE | ) | |
| | ) | CASE NUMBER: |
| Plaintiff, | ) | 3:03CV56 (WWE) |
| | ) | |
| vs. | ) | |
| | ) | |
| THAMES WATER HOLDINGS | ) | |
| INCORPORATED, THAMES WATER | ) | |
| NORTH AMERICA INC., | ) | |
| | ) | |
| Defendants. | ) | November 8, 2006 |

**AFFIDAVIT IN SUPPORT OF APPLICATION
FOR PREJUDGMENT REMEDIES AND TEMPORARY RESTRAINING ORDER TO
PREVENT IMPENDING FRAUDULENT TRANSFER OF DEFENDANTS' ASSETS**

| | |
|---|---|
| STATE OF TEXAS )  | |
|                  ) | ss.: San Antonio |
| COUNTY OF BEXAR ) | |

DAVID E. CHARDAVOYNE, being duly sworn, hereby deposes and says:

1.  I am over the age of eighteen years and I understand the nature and obligations of an oath.

2.  I submit this affidavit in support of the Application for Prejudgment Remedies And Temporary Restraining Order To Prevent Impending Fraudulent Transfer Of Defendants' Assets, filed against Defendant Thames Water Holdings Incorporated and Thames Water North America Inc. ("Defendants").

3.  As former president and a director of Defendants, I am fully familiar with the facts alleged in this affidavit, which are true to the best of my knowledge, information and belief.

{00272642; 1; 1103-2}

4. Defendants are subsidiaries of Thames Water Plc which was until November 2000 a publicly held company engaged primarily in the water products and services businesses in the United Kingdom, with operations and other businesses in 44 countries worldwide.

5. Thames Water Plc is currently a subsidiary of RWE AG. RWE AG is a publicly held company organized and existing under the laws of the Federal Republic of Germany, with corporate headquarters in Essen, Germany.

6. At the initiation of this action, Thames Water Holdings Incorporated held assets in the form of wholly-owned subsidiaries including, but not limited to, Thames Water North America Inc., PCI Membranes, E'Town Corporation, Leopold Company, Inc., and Ashbrook Simon-Hartley Ltd.

7. E'Town Corporation holds assets in the form of wholly owned-subsidiaries including Mount Holly Water Company and Elizabethtown Water Company.

8. Thames Water Holdings Incorporated ("Thames Water Holdings") has sold and/or transferred its interests in each wholly-owned subsidiary, except for E'Town Corporation and co-defendant Thames Water North America Inc. which has no known assets. Upon information and belief, Defendants have no assets other than ownership interests in E'Town Corporation held directly through Thames Water holdings.

9. In or about March 2006, New Jersey American Water Company, Inc. announced that it would seek, by joint application, approval from the New Jersey Board of Public Utilities ("BPU") to merge Elizabethtown Water Company and Mount Holly Water Company into New Jersey American Water Company, Inc. Elizabethtown Water Company and Mount Holly Water Company are wholly-owned subsidiaries of E'Town Corporation.

10. In my capacity as president of defendant Thames Water Holdings Incorporated ("Thames Water Holdings"), I negotiated and signed the acquisition agreement on behalf of Thames Water Holdings to acquire E'Town Corporation for consideration (i.e., the purchase price) in the range of $1 billion dollars.

11. In or about June of 2006, the Wall Street Journal and other trade publications reported on RWE's intention to exit from investor-owned water utilities and wastewater operations in the United States. A true and correct copy of the July-August 2006 publication Water Utility Executive is annexed hereto as Exhibit A. It is apparent that Thames Water Holding's decision to allow its wholly-owned direct and indirect subsidiaries to seek approval and thereby allow Elizabethtown Water Company and Mount Holly Water Company to merge into New Jersey American Water Corporation, Inc. is to facilitate the announced decision of RWE, ultimate parent of defendant Thames Water Holdings, to divest of all U.S. - based assets.

12. The merger would, however, upon information and belief, dispose of all remaining assets of Thames Water Holdings and Thames Water North America, thereby rendering Defendants judgment proof in this action.

13. For reasons stated in Defendants' pleading, I understand that Defendants do not intend to pay the amounts claimed by me in this civil action and will be unable to pay when judgment enters in my favor by reason of the proposed merger into New Jersey American Water, Inc. New Jersey American Water Inc. is not a party to this action.

14. In order to secure judgment, it is necessary that this Court enter an order granting the following prejudgment and equitable remedies to secure the sum of $2,000.000.00

a. Attachment of sufficient property of the Defendants to secure such sum;

b. Attachment of any and all dividends and/or corporate distributions, accounts receivable, cash, cash equivalents, monies, credits, revenues, contract payments, payments, and/or all other rights or interests transferred or distributed to the possession, custody or control of Defendant's agents, debtors, and/or trustees;

c. Attachment of Defendants' rights, title, and interests in E'Town Corporation, including without limitation any and all dividends and/or other corporate distributions, accounts receivable, cash, cash equivalents, monies, credits, revenues, contract payments, payments, and/or all other rights or interests transferred or distributed from E'Town Corporation to the possession, custody or control of Defendants and its agents, debtors, and/or trustees;

d. Attachment of Defendants' rights, title, and interests in Elizabethtown Water Company, including without limitation any and all dividends and/or other corporate distributions, accounts receivable, cash, cash equivalents, monies, credits, revenues, contract payments, payments, and/or all other rights or interests transferred or distributed from Elizabethtown Water Company to the possession, custody or control of Defendants and its agents, debtors, and/or trustees; and

e. Attachment of Defendants' rights, title, and interests in Mount Holly Water, including without limitation any and all dividends and/or other corporate distributions, accounts receivable, cash, cash equivalents, monies, credits, revenues, contract payments, payments, and/or all other rights or interests transferred or distributed from Mount Holly Water to the possession, custody or control of Defendants and its agents, debtors, and/or trustees.

{00272642; 1; 1103-2}

_David E. Chardavoyne_
David E. Chardavoyne

Subscribed and sworn to before
me this 8th day of November, 2006:

_Evelyn Pitman_
Notary Public

My Commission Expires:

EVELYN L. PITMAN
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-01-08

{00272494; 1; 1103-2}

**Association of Metropolitan Water Agencies**  *amwa*  July-August 2006

# Water Utility Executive

www.amwa.net/wue

### Steering Committee Hones List Of Effective Utility Management Attributes

Meeting in Alexandria, Va. in early July, members of the Effective Utility Management Steering Committee worked on refining attributes of an effectively managed water and wastewater utility. The group of water and wastewater system executives was brought together by five industry associations, including AMWA, that are collaborating with EPA on developing the attributes, methods for measuring utility progress toward management improvement, and strategies to promote more widespread adoption of effective management practices across the water sector.

The attributes are designed to provide a clear indication of what effectively managed utilities focus on and strive to achieve. Committee members worked from an initial list of attributes developed at a July 2005 meeting hosted by EPA, debating these and other ideas to ensure the final list is both concise and comprehensive. Subgroups were formed to work on an inventory of management resources to support the refined attributes and to examine measures for the attributes.

At its next meeting, November 9-10 in Seattle, the Steering Committee will consider the work of the subgroups, review new research findings and address barriers and incentives to effective utility management.

### Massachusetts Promulgates Perchlorate Drinking Water Standard

On July 28, the state of Massachusetts promulgated a 2 ppb Maximum Contaminant Level (MCL) for perchlorate for drinking water and for waste site cleanup. In developing the standard, the Massachusetts Department of Environmental Protection (MassDEP) considered sources of perchlorate exposure other than drinking water, such as food and human breast milk.

The result is a standard lower than EPA's Drinking Water Equivalent Level of 24.5 ppb, which only takes into consideration exposure through drinking water. MassDEP said the new standard aims to protect public health, including sensitive populations. The Massachusetts standard is the first in the United States for perchlorate in drinking water.

Effective January 1, 2007, water utilities in the state will be required to conduct initial monitoring for perchlorate. MassDEP identified ion exchange as the best treatment technology for compliance with the perchlorate MCL. Copies of the regulation and additional information are online at www.mass.gov/dep/water/drinking/percinfo.htm#stds.

### Good Samaritan Water Bill Markup Expected

Among the bills likely to be considered by the Senate Environment and Public Works Committee in the window between the August Congressional recess and the election break is the Good Samaritan Clean Watershed Act. Introduced by committee chairman James Inhofe (R-Okla.) on behalf of the Bush administration, S. 2780 would offer liability waivers for nonprofits, local governments and companies willing to cleanup abandoned, contaminated mines. The bill would remove several legal obstacles to voluntary cleanups and establish a streamlined permit program administered by EPA. A similar bill was proposed last year by Colorado's U.S. senators, but this bill may fare better due to Administration support. A version of the bill was introduced in the House as H.R. 5404.

### California Supreme Court Rules On Voters' Rights To Reduce Water Rates

In a recent unanimous decision in the case of *Bighorn-Desert View Water Agency v. Verjil*, the California Supreme Court held that local voters had "a right to use the initiative power to reduce the rate that a public water district charges for domestic water." However, the court also held that this "constitutional provision does not grant local voters a right to impose a voter-approval requirement on all future adjustments of water delivery charges." The case involved whether Proposition 218, a statewide voter initiative, applies to water rates, fees and charges fixed by a public water agency.

Under the ruling, the initiative at issue in the case was withheld from the ballot. However, the court said Proposition 218 allows voters to use the initiative process to lower a water rate and once that rate is lowered by voters the water utility would have to seek voter approval before increasing the rate. The court said: "[W]e must presume that both sides will act reasonably and in good faith, and that the political process will eventually lead to compromises that are mutually acceptable and both financially and legally sound."

**EPA Commissions Reports On Watershed Approach**

The National Advisory Council for Environmental Policy and Technology (NACEPT) has been charged by EPA's Office of Water to examine potential barriers to and benefits of using a watershed approach to preserving and maintaining fragile drinking water, wastewater and stormwater systems. One report, due in May 2007, would recommend actions the agency should take to make it easier for states, cities and towns to use a watershed approach to yield the most benefit to water quality in a given geographic area. A second report, due in May 2008, would address benefits that come from a watershed approach, including watershed-based permitting, to manage drinking water and wastewater infrastructure.

**Pilot Program Allows Drop-off Of Unwanted Meds**

Over the next few months, the Central Puget Sound area will begin a pilot program by state and local agencies allowing consumers to drop off unwanted pharmaceuticals at health clinics. The project, called Pharmaceuticals from Households: A Return Mechanism (PH:ARM), would divert the medications from the waste stream and lead to their proper disposal through incineration.

The project is designed to address the low levels of pharmaceuticals that have been found in wastewater, streams, rivers and the Puget Sound environment. Washington's Department of Ecology, Pharmacy Board, Department of Social and Health Services, and health and environmental agencies in five Puget Sound area counties are sponsoring the program. Many of the government organizations launching PH:ARM, including AMWA members City of Tacoma and Seattle Public Utilities, are members of the Northwest Product Stewardship Council.

**Cities Reward Water Conservation Lifestyle Changes**

A timely article in the July 20 issue of *USA Today* spotlighted the efforts of several AMWA members to encourage water conservation measures through financial incentives. "More cities are creating or expanding programs that give residents and businesses rebates or utility-bill credits for installing grass-free lawns or toilets, washing machines and showers that use less water," the article noted. It cited the following examples:

- Glendale, Ariz. expanded its program to reward customers for planting foliage that needs less water than grass. The residential rebate, first offered in 1986, was recently increased to as much as $750, while businesses and homeowner associations can earn as much as $3,000. Water usage dropped 5.6 percent between 2002 and 2005 despite population growth.

- Albuquerque, N.M. increased its water bill credit for converting grass lawns to low-water-use, native-plant xeriscapes from 40 cents to 60 cents per square foot. In combination with credits to residents who reuse rainwater or install water-saving appliances and bathroom fixtures, the city has saved 100 billion gallons (a three-year supply) since 1995.

# NEW MEMBERS & SUBSCRIBERS

AMWA is pleased to welcome a new member, the **Toho Water Authority** of Kissimmee, Fla., represented by Executive Director Brian Wheeler, and a new affiliate member, **Hanover County** (Va.), represented by Director Frank W. Harksen, Jr. Welcome also to new subscriber **Shaw Environmental and Infrastructure**, represented by Client Program Manager Richard Rice.

# PRIVATIZATION NOTES

**American Water On Track For IPO**

American Water's planning process for its IPO spin-off from German energy conglomerate RWE is well underway, according the a July report from the Stanford Washington Research Group. The company is on track to complete the IPO next spring, and if RWE spins out its entire ownership position in one transaction, the report says "this would be one of the top-ten largest U.S. IPOs in history, dramatically raising investor awareness of the water industry, particularly water utilities."

State regulatory approvals for the sale are being actively pursued, compliance issues are being addressed and the company's debt is being restructured, according to the

research group. American Water has filed for regulatory approval in more than a dozen states and has received approvals so far in Hawaii, Tennessee and Maryland.

**WSJ Gives Snapshot Of Water Privatization**

A June 26 article in the *Wall Street Journal* provided an update on the progress of water privatization in the U.S. and worldwide. Keyed to RWE's dismantling of its international water empire, the piece noted that "only about five percent of water services worldwide are estimated to be in the hands of the private sector today," virtually unchanged from 2000. Among other global water companies, Suez has scaled back its exposure in developing countries, and Veolia Environnement is focusing on being "an asset-light business," providing water management services to municipalities instead of owning systems outright.

In the U.S., the publication estimated that private sector ownership "remains stuck at 15% to 20%," and said "the retrenchment illustrates how foreign investment can often founder on inadequate understanding of local conditions." RWE's chief executive Harry Roels was quoted as saying that water is "a very local business," adding that a global water company "just doesn't have outstanding advantages."

**GE Forms New Water Unit**

In late July, GE Energy Financial Services announced that it had formed a team concentrating on the water market and had made its first investment in a wastewater reclamation plant near Atlanta. According to GE, the new water unit "offers structured equity and customized debt finance for existing assets and projects under development in the commercial, industrial and municipal infrastructure water, reuse and wastewater treatment markets worldwide." A company official said the move is in the spirit of GE's widely touted "ecomagination" initiative, "in this case by increasing water supplies."

## BOTTLED WATER BRIEFING

- In a recent survey of AMWA members, 16 water systems reported that they sell or distribute bottled water. Central Arkansas and Louisville reported the earliest programs, each begun in 1997. With a half million 8-oz. bottles produced a year, Louisville reported the greatest production, although Scottsdale produces some 360,000 12-oz. bottles annually. Water is often donated to charitable events and relief efforts and is used to promote the utilities and their water. About two-thirds of the utilities provide some additional treatment, including filtration, ozonation, UV, charcoal and reverse osmosis. South Central Connecticut Regional Water Authority adds fluoride to its bottled water. Most utilities employ local bottlers, but Knoxville, Long Beach, Louisville and Pueblo handle their own bottling. Product names include Glacier Brew (Anchorage), Tempe Tap, Pueblo's Vital Blue and Norfolk Pure.

- Acqua Prima bottled water carries pictures and information on missing children on its labels. The bottler teamed up with Texas EquuSearch (TES), a search and recovery team, and Crime Stoppers for the effort. A portion of all sales of the water goes to TES.

- Saphia Lifestyle Beverages introduced a bottled water specially formulated for "nursing moms, expectant moms and hopeful moms-to-be." The water, currently available only online, is lightly flavored and fortified with low doses of supplements such as folic acid and calcium. The price is $42.00 for a case of 24, or $1.79 per 16.9-ounce bottle of tap water, reportedly from the Chicago public water system.

- Recent Fiji Water ads appearing in national magazines stated: "The label says Fiji because it's not bottled in Cleveland." The jab prompted the Cleveland Water Department to run tests comparing a bottle of Fiji Water to Cleveland tap water and some other national brands. The Fiji Water was found to contain the most arsenic and other contaminants of all the types of water tested, a result that received national media attention.

## INFORMATION

**Energy Star Tool Now Tracks Water Consumption**

Since 1999, building owners and managers have used an online program called Portfolio Manager from the federal government's Energy Star initiative to track their energy use. Now they have the option to track and manage water consumption as well. By tracking water use alongside energy use, they can better understand how these resources relate to one another, make integrated management decisions that increase overall efficiency, and verify savings from improvement projects in both energy and water systems.

Some 25,000 buildings have used Portfolio Manager to establish a baseline of energy use, set goals and measure

progress. The new water tracking system will allow participants to enter information from water meters and view changes in use over time. The system currently displays indoor use per square foot to help benchmark, and EPA plans to develop a rating system for water efficiency similar to the national energy performance rating system.

To learn more, visit www.energystar.gov.

### Agricultural Water Reuse Conference Slated

The WaterReuse Association, the U.S. Department of Agriculture and Washington State University are sponsoring a conference on *Opportunities and Challenges in Agricultural Water Reuse*, October 29-31 in Santa Rosa, Calif. Information is available online at www.watereuse.org/USDA_conf.html.

## AMWA 2006 Annual Meeting
### October 15-18 ♦ Charleston, S.C.

**Share Ideas And Innovations With Management Experts And Your Water Sector Colleagues**

**Communicating In High Concern/Low Trust Situations**
International risk communication expert Vincent Covello will present tools and insights for risk communication based on scenarios identified by AMWA members. Suggested scenarios include informing the public of a credible threat or unknown contaminant in the distribution system, announcing boil water notices, and explaining changing water quantity or quality issues due to climate change.

**Leading And Motivating Employees**
Management educator Doug McCabe of the Georgetown University School of Business will lead an experience- and idea-sharing seminar on leading, managing and motivating public-sector employees. McCabe will draw on not only his experience as an international consultant to companies and organizations of all sizes, but also on the experiences of AMWA members.

**Greater Public Investment Through Branding**
John Ruetten, president of Resource Trends, Inc., will provide practical approaches to developing community trust and backing for needed facility repairs and upgrades. Ruetten is the author of AMWA's new *Building the Water Utility Brand: Practical Advice for Increasing Trust, Support and Investment*, due out this fall.

**New Facets Of Asset Management**
Alan Ispass, vice president of CH2M Hill, will share his findings on new approaches to asset management, derived from his work on a joint AMWA-NACWA-WEF update of the 2002 *Asset Management Handbook*, considered by many to be the "bible" on this popular utility management approach.

**Climate Change And Water Supplies**
David Yates, project scientist in the Research Applications Laboratory at the National Center for Atmospheric Research, will discuss global warming from a water perspective, demonstrating the use of decision tools in dealing with potential impacts of climate change on water supply, demand and relevant water quality characteristics.

**Global Water Utility Trends**
Paul Reiter, executive director of the International Water Association in London, will present his views on global water trends, drawing on the activities of water systems around the world that can help U.S. utility managers address concerns they face in local water operations.

**Register today www.amwa.net/2006AnnualMeeting**



Association of Metropolitan Water Agencies
1620 I Street, NW, Suite 500 • Washington, DC 20006
202-331-2820 • (fax) 202-785-1845 • www.amwa.net
Diane VanDe Hei, Executive Director

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid and by facsimile to the following this 9th day November, 2006:

Stephen B. Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut  06880
Telephone: 203-227-2855
Facsimile: 203-227-6992

Ralph W. Johnson, III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut  06103
Telephone: 860-297-4646
Facsimile: 860-548-0006

Patrick J. McHugh

{00272642; 1; 1103-2}