UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE, ) | |
| ) | CASE NUMBER: |
| Plaintiff, ) | 3:03CV56 (WWE) |
| ) | |
| vs. ) | |
| ) | |
| THAMES WATER HOLDINGS ) | |
| INCORPORATED, THAMES WATER ) | |
| NORTH AMERICA INC., ) | |
| ) | |
| Defendants. ) | February 20, 2007 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

By order dated February 5, 2007, the Court ordered [Docket No. 119] the parties to file a schedule for completion of any required additional discovery within twenty (20) days (February 26, 2007). Plaintiff David E. Chardavoyne hereby respectfully moves on consent pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) to extend the time for the parties to submit such schedule for additional discovery, whereby the twenty (20) days allowed by the Court for the submission run not from the Court's order of February 5, 2007 but from the date of the Court's ruling with regard to defendants' pending motion for reconsideration [Docket No. 107] relating to the Court's prior denial of defendants' motion for summary judgment [Docket No. 102]. In support of this motion, undersigned counsel states as follows:

1. This is the first request for an extension of this time limitation.

2. Counsel for defendants consents to the requested extension.

3. This Court granted defendants' motion to amend on February 5, 2007 and ordered the parties to file a schedule for completion of any required additional discovery within twenty (20) days (February 26, 2007).

{00314861; 1; 1103-2}

4.  Defendants' motion for reconsideration of the Court's July 13, 2006 Order denying defendants' motion for summary judgment remains outstanding [Docket No. 107]. The Court's decision on the motion for reconsideration will directly affect the scope of the pleadings, and thereby directly affect the scope of required additional discovery.

5.  As the parties will be far better positioned to determine a schedule for completion of any required additional discovery after the Court's decision on defendants' motion for reconsideration, it is respectfully requested that the parties be given twenty (20) days from the issuance of such decision on reconsideration in order to submit said schedule. As indicated, counsel for defendants agrees and consents to this motion and its suggested approach.

WHEREFORE, Plaintiff David E. Chardavoyne respectfully requests that the Court grant the motion on consent, thereby allowing the parties to submit a schedule for any required additional discovery within twenty (20) days after the Court enters an order on defendants' motion for reconsideration [Docket No. 107], along with such other and further relief as the Court deems just and proper.

PLAINTIFF
DAVID E. CHARDAVOYNE

By: _____
Patrick J. McHugh (ct14072)
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, Connecticut 06901-2048
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
E-mail: pmchugh@fdh.com

**CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 20th day of February, 2007:

Stephen B. Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut 06880

Ralph W. Johnson, III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

_____
Patrick J. McHugh