UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
DAVID E. CHARDAVOYNE,                 :
                                      :
         Plaintiff,                   :   Case No. 03-CV-56 (WWE)
                                      :
   v.                                 :
                                      :
THAMES WATER HOLDINGS                 :
INCORPORATED                          :
                                      :
         Defendant.                   :   March 26, 2007
-------------------------------------------------------x
```

## MOTION ON CONSENT FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves on consent pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of fourteen days (14) days from March 26, 2007 to and including April 9, 2007 to submit a scheduling order for any required additional discovery. In support of this motion, undersigned counsel states as follows:

1. This is the first request for an extension of time with respect to this time limitation.

2. Counsel for Plaintiff has conferred with Defendant's counsel, who has consented to the extension requested herein.

3. The extension is necessary as plaintiff filed his Third Amended Complaint on March 20, 2007 and counsel for the parties need additional time to discuss the issues for discovery. To that end, counsel have had a discussion and expect to exchange additional information that will allow an appropriate scheduling order to be submitted.

{00330041; 1; 1103-2}

For the above-stated reasons, plaintiff David E. Chardavoyne respectfully requests that this court grant an extension of time on consent to and including April 9, 2007 to submit a scheduling order for any required additional discovery.

                                    PLAINTIFF DAVID E. CHARDAVOYNE

                                    By: _____
                                        Patrick J. McHugh (ct14072)
                                        William M. Tong (ct25304)
                                        Finn Dixon & Herling LLP
                                        177 Broad Street, 15th Floor
                                        Stamford, CT 06901-2048
                                        Telephone: (203) 325-5000
                                        Facsimile: (203) 325-5001
                                        E-mail: pmchugh@fdh.com

{00330041; 1; 1103-2}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 26th day of March, 2007:

Stephen P. Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut  06880

Ralph W. Johnson, III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Patrick J. McHugh

{00330041; 1; 1103-2}