IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-56 (WWE) |
| VS. | : | |
| | : | |
| THAMES WATER HOLDINGS | : | |
| INCORPORATED, THAMES WATER | : | |
| NORTH AMERICA, INC. | : | |
|     Defendants. | : | MARCH 28, 2007 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Thames Water Holdings Incorporated, requests a twenty-one (21) day extension of time, from April 3, 2007 to and including April 24, 2007, of its deadline to file a pleading in response to the plaintiff's Third Amended Complaint. The plaintiff's counsel does not oppose the granting of this motion.

For the reasons set forth below, the Court should grant the defendant's motion.

In support of its motion, the defendant states as follows:

1. This is the defendant's first request for an extension of the deadlines at issue.

2. The current deadline for the defendant to file a responsive pleading is April 3, 2007.

3. The plaintiff's Third Amended Complaint was served on Tuesday, March 20, 2007. The defendant's counsel first received a copy of that pleading on Thursday, March 22.

4. The defendant's counsel require the requested extension of time to consult with their client, which is located outside of Connecticut, to analyze the plaintiff's Third Amended Complaint and to draft the appropriate response pleading. The defendant's counsel also require the extension of time because of competing case obligations. Thus, the deadlines cannot reasonably be met despite the diligence of the defendant.

WHEREFORE, for good cause shown, the defendant requests that the Court grant its motion and extend the deadlines at issue from April 3 to and including April 24, 2007.

Respectfully submitted,

**THE DEFENDANT
THAMES WATER HOLDINGS,
INCORPORATED**

By: _____
Stephen P. Fogerty
Fed. Bar No. ct 01398
**HALLORAN & SAGE LLP**
315 Post Road West,
Westport, CT 06880
Tele: (203) 227-2855
Fax: (203) 227-6992
E-mail: Fogerty@halloran-sage.com

and

Ralph W. Johnson III
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006
E-mail: Johnsonr@halloran-sage.com

Its Attorneys

## CERTIFICATION

This is to certify that on this 28th day of March, 2007, a copy of the foregoing was caused to be served via U.S. mail, postpaid to:

Patrick McHugh, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689

The Honorable Warren W. Eginton
c/o Chambers
United States District Court
  for the District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604
*(Courtesy Copy, via Hand Delivery)*

Ralph W. Johnson III

968329_1.DOC

3