UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
DAVID E. CHARDAVOYNE,                    :
                                         :
        Plaintiff,                       :    Case No. 03-CV-56 (WWE)
                                         :
    v.                                   :
                                         :
THAMES WATER HOLDINGS                    :
INCORPORATED                             :
                                         :
        Defendant.                       :    April 11, 2007
------------------------------------------------------------X

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne and Defendant Thames Water Holdings Incorporated jointly move pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of to and including May 8, 2007 to submit a scheduling order for any required additional discovery. In support of this motion, undersigned counsel state as follows:

1. An amended complaint pursuant to this Court's order has been timely served and filed by plaintiff on defendant on March 22, 2007.

2. Defendant has raised certain issues as to the form of the amended complaint. Counsel are negotiating these issues to avoid further motion practice before the Court regarding the final amended pleading in conformance with this Courts order of March 5, 2007.

3. Counsel anticipate that the issues of form as to the amended complaint will be resolved and a responsive pleading by answer from the defendant will be filed no later than April 24, 2007. The requested extension to May 8, 2007 is a functional request for a two-week period in order for counsel to consider final discovery as necessary in light of what the parties anticpaite to be the final form of the pleading in conformance with the order of this Court.

{00336436; 1; 1103-2}

4.  This is the second request for an extension of time with respect to this time limitation.

Based on the above, the parties jointly request an extension of two weeks to and including May 8, 2007 to submit a scheduling order for any required additional discovery.

PLAINTIFF DAVID E. CHARDAVOYNE

By: _____
Patrick J. McHugh (ct14072)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2048
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
E-mail: pmchugh@fdh.com

DEFENDANT THAMES WATER HOLDINGS INCORPORATED

By: _____
Stephen P. Fogerty, Esq.
Ralph Johnson, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut 06880
Telephone: (203) 227-2855
Facsimile: (203) 227-6992
E-mail: fogerty@halloran-sage.com

{00336436; 1; 1103-2}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 11th day of April, 2007:

Stephen P. Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut  06880

Ralph W. Johnson, III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Patrick J. McHugh

{00336436; 1; 1103-2}