UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
DAVID E. CHARDAVOYNE,                :
                                     :
       Plaintiff,                    :     Case No. 03-CV-56 (WWE)
                                     :
v.                                   :
                                     :
THAMES WATER HOLDINGS                :
INCORPORATED,                        :
                                     :
       Defendant.                    :     May 8, 2007
---------------------------------------------------------------x

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne and Defendant Thames Water Holdings Incorporated jointly move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for an extension of time to submit a scheduling order for any required additional discovery until fourteen (14) days after defendant answers plaintiff's amended complaint.

Plaintiff's amended complaint is currently subject to defendant's motion to strike, which plaintiff will oppose through submission of a timely response on May 15, 2007. Until the motion is decided, the pleadings cannot close. This joint motion seeks fourteen (14) days thereafter in order to submit a proposed scheduling order based on the final scope of the pleadings as closed. In support of this motion, undersigned counsel state as follows:

1.  This is the third request for an extension of time with respect to this time limitation.

2.  An amended complaint pursuant to this Court's order has been timely served and filed by plaintiff on defendant on March 22, 2007.

{00348576; 1; 1103-2}

3. Defendant filed a motion to strike the amended complaint on April 24, 2007, in which it alleges that the amended complaint does not conform to the Court's decision on defendant's motion for reconsideration on March 5, 2007.

4. Plaintiff intends to respond to and oppose defendant's motion to strike by May 15, 2007.

5. The parties require a reasonable time upon closure of the amended pleadings to frame any additional discovery and submit a proposed scheduling order. The scope and nature of the operative pleadings will directly impact said proposed scheduling order

WHEREFORE, Plaintiff David E. Chardavoyne and Defendant Thames Water Holdings Incorporated jointly and respectfully request that the Court extend the time to submit a proposed scheduling order until fourteen (14) days after defendant answers plaintiff's amended complaint, whichever is later, and such other and further relief as the Court deems just and proper.

PLAINTIFF DAVID E. CHARDAVOYNE

By: _____
Patrick J. McHugh (ct14072)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2048
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
E-mail: pmchugh@fdh.com

{00348576; 1; 1103-2}

DEFENDANT THAMES WATER HOLDINGS
INCORPORATED

By: *[signature]*
Stephen P. Fogerty, Esq.
Ralph Johnson, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut  06880
Telephone: (203) 227-2855
Facsimile: (203) 227-6992
E-mail: fogerty@halloran-sage.com

{00348576; 1; 1103-2}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 8th day of May, 2007:

>Stephen P. Fogerty, Esq.
>Halloran & Sage LLP
>315 Post Road West
>Westport, Connecticut  06880
>
>Ralph W. Johnson, III, Esq.
>Halloran & Sage LLP
>One Goodwin Square
>225 Asylum Street
>Hartford, CT 06103

_____
Patrick J. McHugh

{00348576; 1; 1103-2}