UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
DAVID E. CHARDAVOYNE,                    :
                                         :
          Plaintiff,                     :    Case No. 03-CV-56 (WWE)
                                         :
     v.                                  :
                                         :
THAMES WATER HOLDINGS                    :
INCORPORATED                             :
                                         :
          Defendant.                     :    May 15, 2007
------------------------------------------------------------x

## MOTION ON CONSENT FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves on consent pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of seven days (7) days from May 15, 2007 to and including May 22, 2007 to respond to the Motion To Strike and Memorandum in Support Thereof and Motion for Extension of Time dated April 24, 2007. In support of this motion, undersigned counsel states as follows:

1.  This is the first request for an extension of time with respect to this time limitation.

2.  Counsel for Plaintiff has conferred with Defendant's counsel, who does not object to the extension requested herein.

3.  The extension is necessary as plaintiff is traveling out of state and counsel has not had an opportunity to discuss and review a proper response with plaintiff.

{00352205; 1; 1103-2}

For the above-stated reasons, plaintiff David E. Chardavoyne respectfully requests that this court grant an extension of time on consent to and including May 22, 2007 to respond to the Motion To Strike and Memorandum in Support Thereof and Motion for Extension of Time.

PLAINTIFF DAVID E. CHARDAVOYNE

By: _____
Patrick J. McHugh (ct14072)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2048
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
E-mail: pmchugh@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 15th day of May, 2007:

>Stephen P. Fogerty, Esq.
>Halloran & Sage LLP
>315 Post Road West
>Westport, Connecticut 06880
>
>Ralph W. Johnson, III, Esq.
>Halloran & Sage LLP
>One Goodwin Square
>225 Asylum Street
>Hartford, CT 06103

_____
Patrick J. McHugh

{00352205; 1; 1103-2}