## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-------------------------------------------------------------x

DAVID E. CHARDAVOYNE,                     :
                                      :
    Plaintiff,             :     Case No. 03-CV-56 (WWE)
                                      :
    v.                     :
                                      :
THAMES WATER HOLDINGS                      :
INCORPORATED,                              :
                                      :
    Defendant.             :     May 22, 2007

-------------------------------------------------------------x

## MOTION ON CONSENT FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves on consent pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of seven days (7) days from May 22, 2007 to and including May 29, 2007 to respond to Defendant's Motion To Strike and Memorandum in Support Thereof and Motion for Extension of Time dated April 24, 2007. In support of this motion, undersigned counsel states as follows:

1.    This is the second request for an extension of time with respect to this time limitation.

2.    Counsel for Plaintiff has conferred with Defendant's counsel, who does not object to the extension requested herein.

3.    The extension is necessary as undersigned counsel is out of state due to commitments in another federal case and because Plaintiff is traveling out of state and counsel has not had an opportunity to discuss and review a proper response with him.

For the above-stated reasons, plaintiff David E. Chardavoyne respectfully requests that this court grant an extension of time on consent to and including May 29, 2007 to respond to the Motion To Strike and Memorandum in Support Thereof and Motion for Extension of Time.

PLAINTIFF DAVID E. CHARDAVOYNE

By:  *Patrick J. McHughias*

Patrick J. McHugh (ct14072)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2048
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
E-mail: pmchugh@fdh.com

{00354919; 1; 1103-2}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United

States Mail, first class, postage-prepaid to the following this 22nd day of May, 2007:

> Stephen P. Fogerty, Esq.
> Halloran & Sage LLP
> 315 Post Road West
> Westport, Connecticut  06880
>
> Ralph W. Johnson, III, Esq.
> Halloran & Sage LLP
> One Goodwin Square
> 225 Asylum Street
> Hartford, CT 06103

Patrick J. McHugh

{00354919; 1; 1103-2}