IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CHARDAVOYNE | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-56 (WWE) |
| VS. | : | |
| | : | |
| THAMES WATER HOLDINGS | : | |
| INCORPORATED, THAMES WATER | : | |
| NORTH AMERICA, INC. | : | |
|     Defendants. | : | JUNE 1, 2007 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Thames Water Holdings Incorporated, requests a twenty-one (21) day extension of time, from June 12, 2007 to and including July 3, 2007, of its deadline to file a reply memorandum in further support of its motion to strike the plaintiff's Third Amended Complaint. The plaintiff's counsel does not oppose the granting of this motion. For the reasons set forth below, the Court should grant the defendant's motion.

In support of its motion, the defendant states as follows:

1. This is the defendant's first request for an extension of the deadline at issue.

2. The current deadline for the defendant to file a reply memorandum is June 12, 2007.

3. The plaintiff's opposition memorandum was served on May 29, after the plaintiff received two extensions of time. The defendant did not oppose either of the plaintiff's motions for extensions of time. The defendant's counsel first received a copy of the opposition memorandum on May 31.

4. The defendant's counsel require the requested extension of time to consult with their client, which is located outside of Connecticut, to analyze the plaintiff's opposition

memorandum and to draft a reply memorandum. The defendant's counsel also require the extension of time because of competing case obligations. Thus, the deadline cannot reasonably be met despite the diligence of the defendant.

**WHEREFORE**, for good cause shown, the defendant requests that the Court grant its motion and extend the deadline at issue from June 12 to and including July 3, 2007.

                    Respectfully submitted,

                    **THE DEFENDANT**
                    **THAMES WATER HOLDINGS, INCORPORATED**

By: _____
     Stephen P. Fogerty
     CT Fed. Bar No. 01398
     **HALLORAN & SAGE LLP**
     315 Post Road West,
     Westport, CT 06880
     Tele: (203) 227-2855
     Fax: (203) 227-6992
     E-mail: Fogerty@halloran-sage.com

     and

     Ralph W. Johnson III
     CT Fed. Bar No. 15277
     **HALLORAN & SAGE LLP**
     One Goodwin Square
     225 Asylum Street
     Hartford, CT 06103
     Tele: (860) 522-6103
     Fax: (860) 548-0006
     E-mail: Johnsonr@halloran-sage.com

     Its Attorneys

## CERTIFICATION

      This is to certify that on this 1st day of June, 2007, a copy of the foregoing was caused to be served via U.S. mail, postpaid to:

Patrick McHugh, Esq.
William M. Tong, Esq.
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2048

The Honorable Warren W. Eginton
c/o Chambers
United States District Court
  for the District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604
*(Courtesy Copy, via Hand Delivery)*

                                                         Ralph W. Johnson III

990949_1 DOC