UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
DAVID E. CHARDAVOYNE,                      :
                                           :
            Plaintiff,                     :      Case No. 03-CV-56 (WWE)
                                           :
    v.                                     :
                                           :
THAMES WATER HOLDINGS                      :
INCORPORATED                               :
                                           :
            Defendant.                     :      October 12, 2007
---------------------------------------------------------------x

## MOTION ON CONSENT FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves on consent pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of thirty days (30) days from October 15, 2007 to and including November 14, 2007 to respond to Defendant's Motion To Dismiss and To The Extent Necessary Motion for Summary Judgment dated September 24, 2007. In support of this motion, undersigned counsel states as follows:

1.    This is the first request for an extension of time with respect to this time limitation.

2.    Counsel for Plaintiff has conferred with Defendant's counsel, who does not object to the extension requested herein.

3.    The requested extension is necessary as defendant's dispositive motion has raised issue requiring further analysis.

{00433877; 1; 1103-2}

For the above-stated reasons, plaintiff David E. Chardavoyne respectfully requests that this court grant an extension of time on consent to and including November 14, 2007 to respond to the Defendant's Motion To Dismiss and To The Extent Necessary Motion for Summary Judgment.

                                        PLAINTIFF DAVID E. CHARDAVOYNE

                                  By: _____
                                        Patrick J. McHugh (ct14072)
                                        William M. Tong (ct25304)
                                        Finn Dixon & Herling LLP
                                        177 Broad Street, 15th Floor
                                        Stamford, CT 06901-2048
                                        Telephone: (203) 325-5000
                                        Facsimile: (203) 325-5001
                                        E-mail: pmchugh@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 12th day of October, 2007:

        Stephen P. Fogerty, Esq.
        Halloran & Sage LLP
        315 Post Road West
        Westport, Connecticut  06880

        Ralph W. Johnson, III, Esq.
        Halloran & Sage LLP
        One Goodwin Square
        225 Asylum Street
        Hartford, CT 06103

                          Patrick J. McHugh