UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
DAVID E. CHARDAVOYNE,                :
                                     :
        Plaintiff,                   :    Case No. 03-CV-56 (WWE)
                                     :
    v.                               :
                                     :
THAMES WATER HOLDINGS                :
INCORPORATED                         :
                                     :
        Defendant.                   :    November 15, 2007
---------------------------------------------------------------x

## APPEARANCE

Please enter the appearance of the following attorney on behalf of plaintiff David E. Chardavoyne in the above-captioned action.

> Richard S. Gora (ct27479)
> FINN DIXON & HERLING LLP
> 177 Broad Street
> 15th Floor
> Stamford, CT  06901-2048
> Tel: (203) 325-5000
> Fax: (203) 325-5001
> E-mail: rgora@fdh.com

PLAINTIFF DAVID E. CHARDAVOYNE

/s/ Richard S. Gora

Richard S. Gora (ct27479)
FINN DIXON & HERLING LLP
177 Broad Street
15th Floor
Stamford, CT  06901-2048
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: rgora@fdh.com

{00456648; 1; 1103-2}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 15th day November, 2007:

Stephen B. Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut  06880

Ralph W. Johnson, III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut  06103

_____
Richard S. Gora