UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
DAVID E. CHARDAVOYNE,                    :
                                         :
        Plaintiff,                       :     Case No. 03-CV-56 (WWE)
                                         :
v.                                       :
                                         :
THAMES WATER HOLDINGS                    :
INCORPORATED                             :
                                         :
        Defendant.                       :     November 15, 2007
---------------------------------------------------------------x

**PLAINTIFF'S LOCAL RULE 56(a)(2) STATEMENT IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS, ALTERNATIVELY
<u>FOR SUMMARY JUDGMENT</u>**

Pursuant to D. CONN. L. CIV. R. 56(a)(2), Plaintiff David E. Chardavoyne ("Chardavoyne" or "Plaintiff") submits this statement in opposition to the motion to dismiss and to the extent necessary motion for summary judgment of defendant Thames Water Holdings Incorporated ("Thames Holdings"), dated September 24, 2007. This statement, in accordance with the requirements of D. CONN. L. CIV. R. 56(a)(3), admits or denies each of Defendant's allegations in its Local Rule 56(a)(1) Statement in Support of its Motion to Dismiss and to the Extent Necessary Motion for Summary Judgement ("Defendant's 56(a)(1) Statement").

This Statement separately includes a list of each issue of material fact as to which it is contended there is a genuine issue to be tried in addition to Plaintiff's Local Rule 56(a)(2) Statement dated April 27, 2006.

Plaintiff respectfully refers to and specifically incorporates the separate Appendix of Exhibits (1 through 42) (the "Appendix" or "App.") submitted with Plaintiff's April 28, 2006 Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment containing

the exhibits cited below, along with Plaintiff's Local Rule 56(A)(2) Statement In Opposition To Defendants' Motion For Summary Judgment dated April 28, 2006 and the sworn affidavit of David E. Chardavoyne dated April 27, 2006 (the "Chardavoyne Aff.").

Specifically, Plaintiff responds to the facts asserted by Defendant as follows:

1. Admits that plaintiff submitted an Appendix attaching as part of Exhibit 9 a letter dated March 28, 2002 to Plaintiff from Bill Alexander and respectfully refers the Court to the letter for its terms and content.

2. Admits that defendant attached a copy of the letter dated March 28, 2002 to Plaintiff from Bill Alexander and respectfully refers the Court to the letter for its terms and content.

3. Admits that defendant attached a copy of the letter dated March 28, 2002 to Plaintiff from Bill Alexander and respectfully refers the Court to the letter for its terms and content.

## DISPUTED ISSUES OF MATERIAL FACT

In addition to the allegations contained in Defendant's 56(a)(1) Statement, Plaintiff sets forth below the following additional issues of material fact as to which there is a genuine issue to be tried:

1. Plaintiff had a right to continued possession of a company car, expressly granted to him under the Employment Agreement, until he resigned on December 10, 2004 but which Defendant alleges as stolen despite Defendant's failure to report the vehicle as stolen, failure to repossess the vehicle as allowed by the Connecticut General Statutes and whose registration and insurance Defendant voluntarily renewed during such period. App., Ex. 8, Huckin Dep. Tr. at 142-144; Ex. 2, Employment Agreement, at 3, ¶ 7; Chardavoyne Aff. at ¶ 19.

2

{00455821; 1; 1103-2}

PLAINTIFF
DAVID E. CHARDAVOYNE

By: _____
Patrick J. McHugh (ct14072)
Richard S. Gora (ct27479)
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2048
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
E-mail: pmchugh@fdh.com

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was delivered by electronic mail, facsimile and by United States Mail, first class, postage-prepaid to the following this 15th day November, 2007:

Stephen B. Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut  06880

Ralph W. Johnson, III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

_____
Richard S. Gora