IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE<br>    Plaintiff, | :<br>:   CIVIL ACTION NO.<br>:   3:03-CV-56 (WWE) |
| VS. | :<br>: |
| THAMES WATER HOLDINGS<br>INCORPORATED, THAMES WATER<br>NORTH AMERICA, INC.<br>    Defendants. | :<br>:<br>:<br>:   NOVEMBER 21, 2007 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Thames Water Holdings Incorporated ("TWHI"), requests a thirty-five (35) day extension of time, from December 3, 2007 to and including January 7, 2008, of its deadline to file a reply memorandum in further support of its motion to dismiss, and to the extent necessary motion for summary judgment. TWHI also requests a thirty-one (31) day extension of time, from December 7, 2007 to and including January 7, 2008, to file an opposition memorandum of law in response to the plaintiff's motion for the award of attorney's fees and costs. The plaintiff's counsel, Richard Gora, does not object to TWHI's motion. For the reasons set forth below, the Court should grant TWHI's motion.

In support of its motion, TWHI states as follows:

1.    This is TWHI's first request for an extension of the two deadlines at issue.

2.    Assuming that the Court deems the plaintiff's opposition memorandum of law to have been filed on November 16, TWHI's reply memorandum would be due to be filed on December 3.

3. On November 16, the plaintiff also filed a motion for the award of attorney's fees and costs, pursuant to Rule 11. TWHI's current deadline for filing an opposition memorandum is December 7.

4. TWHI's counsel require the requested extension of time to consult with their client, which is located outside of Connecticut, to analyze the plaintiff's opposition memorandum and memorandum in support of his motion for fees and costs, research the issues raised by the plaintiff's reply memorandum and his motion for fees and costs and to draft a reply memorandum and an opposition memorandum.

5. The requested extension of time in connection with the reply memorandum is further needed to coordinate the filing of it and the opposition memorandum to the motion for fees and costs.

6. TWHI's counsel also require the extension of time because of the intervening Thanksgiving holiday and because of competing case obligations. Those competing obligations include an appellate oral argument on November 20 and an appellate oral argument scheduled for stand-by status on December 4. Thus, the deadlines at issue cannot reasonably be met despite the diligence of TWHI and its counsel.

WHEREFORE, for good cause shown, TWHI requests that the Court grant its motion and extend the two deadlines at issue to and including January 7, 2008.

Respectfully submitted,

**THE DEFENDANT
THAMES WATER HOLDINGS,
INCORPORATED**

By: _____
Stephen P. Fogerty
CT Fed. Bar No. 01398
**HALLORAN & SAGE LLP**
315 Post Road West,
Westport, CT 06880
Tele: (203) 227-2855
Fax: (203) 227-6992
E-mail: Fogerty@halloran-sage.com

and

Ralph W. Johnson III
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006
E-mail: Johnsonr@halloran-sage.com

Its Attorneys

## CERTIFICATION

This is to certify that on this 21st day of November, 2007, a copy of the foregoing was caused to be served via U.S. mail, postpaid to:

Patrick McHugh, Esq.
William M. Tong, Esq.
Richard Gora, Esq.
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2048

The Honorable Warren W. Eginton
c/o Chambers
United States District Court
  for the District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604
*(Courtesy Copy, via Hand Delivery)*

Ralph W. Johnson III

1081578_1 DOC