IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE | : |
|     Plaintiff, | :    CIVIL ACTION NO. |
| | :    3:03-CV-56 (WWE) |
| VS. | : |
| | : |
| THAMES WATER HOLDINGS | : |
| INCORPORATED, THAMES WATER | : |
| NORTH AMERICA, INC. | : |
|     Defendants. | :    MAY 6, 2008 |

## **MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b)2, the defendant, Thames Water Holdings Incorporated ("TWHI"), requests an extension of time to and including June 5, 2008, of its deadline to file a response to the operative complaint. TWHI's counsel spoke with the plaintiff's counsel on May 2 and requested the plaintiff's position on this motion. The plaintiff's counsel indicated that he would inquire with the plaintiff and report back on May 5. As of the filing of this motion, the plaintiff's counsel has not reported back with the plaintiff's position. For the reasons set forth below, the Court should grant TWHI's motion.

In support of its motion, TWHI states as follows:

1. By a letter dated April 30, 2008, the plaintiff's counsel indicated that the plaintiff intends to file an amended complaint consistent with the Court's April 24, 2008 ruling. As support for the filing of the amended complaint, the plaintiff cited Rule 12(a) of the Federal Rules of Civil Procedure. By the April 30 letter, the plaintiff's counsel further indicated that TWHI's time to respond to the forthcoming complaint would be 10 days from service.

2. Although TWHI does not agree with the plaintiff's interpretation of Rule 12(a), and does not believe that the plaintiff has a right to file an amended complaint, TWHI has

informed the plaintiff's counsel that it has no objection to the plaintiff filing an amended complaint that merely deletes the second count and the other claims dismissed by the April 24 ruling and re-numbers the paragraphs and counts to account for the deletions.

3. By the April 30 letter, the plaintiff's counsel further indicated that the plaintiff has until May 8 to serve the amended complaint. If the amended complaint is filed and served on May 8, TWHI's deadline for the filing of a response would be May 22. By this motion, TWHI requests that the deadline for its response to be set at June 5, which would be a 14 day extension of time from May 22.

4. This is TWHI's first request for an extension of the deadline at issue.

5. TWHI's counsel require the requested extension of time to analyze the forthcoming amended complaint in light of the Court's April 24, 2008 ruling, to consult with their client, which is located outside of Connecticut, and to draft a response.

6. TWHI's counsel also require the extension of time because of competing case obligations. Thus, the deadline at issue cannot reasonably be met despite the diligence of TWHI and its counsel.

WHEREFORE, for good cause shown, TWHI requests that the Court grant its motion and extend the deadline at issue to and including June 5, 2008.

Respectfully submitted,

**THE DEFENDANT
THAMES WATER HOLDINGS,
INCORPORATED**

By: _____
Stephen P. Fogerty
CT Fed. Bar No. 01398
**HALLORAN & SAGE LLP**
315 Post Road West,
Westport, CT 06880
Tele: (203) 227-2855
Fax: (203) 227-6992
E-mail: Fogerty@halloran-sage.com

and

Ralph W. Johnson III
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006
E-mail: Johnsonr@halloran-sage.com

Its Attorneys

## CERTIFICATION

This is to certify that on this 6th day of May, 2008, a copy of the foregoing was caused to be served via U.S. mail, postpaid to:

Patrick McHugh, Esq.
William M. Tong, Esq.
Richard Gora, Esq.
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2048

The Honorable Warren W. Eginton
c/o Chambers
United States District Court
 for the District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604
*(Courtesy Copy, via Hand Delivery)*

_____
Ralph W. Johnson III

1164223_1 DOC

4