

May 29, 2002-05-24

**Personal Delivery**

Mr. David E. Chardavoyne
27 Coventry Lane
Trumbell, Connecticut 06611

Re: **Separation Agreement**

Dear David,

It is with regret that I must confirm that with immediate effect your services are no longer required by the company.

A written separation agreement accompanies this letter. You have the right to consult your own lawyer for advice about the agreement. Please note that the agreement requires you to limit your disclosure of its provisions to your choice of any one or more of your lawyer, accountant, or spouse. Any such persons, furthermore, must agree in advance to avoid revealing the agreement's provisions to anyone except for you and your lawyer, accountant, or spouse.

Federal law, furthermore, gives you certain rights to consider the agreement and to revoke it. You have a period of up to 21 days to decide whether to accept the separation agreement. You also may change your mind and revoke the agreement during the seven-day period that begins when you sign it.

If you have any questions about the separation agreement, please contact me. In addition, if you decide to accept the agreement, please sign it in the space provided for your signature on the eighth page and please have a notary acknowledge your signature in the space provided on the agreement's ninth page. After you have done so, please return the agreement to me by the close of business by no later than June 19, 2001.

Yours sincerely,

*Matthew Huckin*

Matthew Huckin
Human Resources Director

Thames Water Americas
1101 Laurel Oak Road
Suite 120
Voorhees, NJ 08043
T 856.504.8910
F 856.504.8915
I www.thames-water.com