IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID E. CHARDAVOYNE : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:03-CV-56 (WWE) |
| VS. : | |
| : | |
| THAMES WATER HOLDINGS : | |
| INCORPORATED, THAMES WATER : | |
| NORTH AMERICA, INC. : | |
| Defendants. : | JUNE 12, 2008 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)2, the defendant, Thames Water Holdings Incorporated ("TWHI"), requests a fourteen (14) day extension of time, to and including July 2, 2008, of its deadline to file a response to the plaintiff's Fourth Amended Complaint. The plaintiff's counsel does not oppose the granting of this motion. For the reasons set forth below, the Court should grant TWHI's motion.

In support of its motion, TWHI states as follows:

1. The plaintiff filed a Fourth Amended Complaint on June 5, 2008.

2. TWHI's response to the Fourth Amended Complaint is due to be filed on June 18.

3. This is TWHI's first request for an extension of the deadline at issue.

4. TWHI's counsel require the requested extension of time to analyze the Fourth Amended Complaint, to consult with their client, which is located outside of Connecticut, and to draft a response.

5. TWHI's counsel also require the extension of time because of competing case obligations. Thus, the deadline at issue cannot reasonably be met despite the diligence of TWHI and its counsel.

WHEREFORE, for good cause shown, TWHI requests that the Court grant its motion and extend the deadline at issue to and including July 2, 2008.

Respectfully submitted,

**THE DEFENDANT
THAMES WATER HOLDINGS,
INCORPORATED**

By: _____
Stephen P. Fogerty
CT Fed. Bar No. 01398
**HALLORAN & SAGE LLP**
315 Post Road West,
Westport, CT 06880
Tele: (203) 227-2855
Fax:  (203) 227-6992
E-mail: Fogerty@halloran-sage.com

and

Ralph W. Johnson III
CT Fed. Bar No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tele: (860) 522-6103
Fax:  (860) 548-0006
E-mail: Johnsonr@halloran-sage.com

Its Attorneys

## **CERTIFICATION**

This is to certify that on this 12th day of June, 2008, a copy of the foregoing was caused to be served via U.S. mail, postpaid to:

Patrick McHugh, Esq.
William M. Tong, Esq.
Richard Gora, Esq.
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2048

The Honorable Warren W. Eginton
c/o Chambers
United States District Court
  for the District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604
*(Courtesy Copy, via Hand Delivery)*

                                                         _____
                                                         Ralph W. Johnson III

1164223_1 DOC