UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
DAVID E. CHARDAVOYNE,                :
                                     :
       Plaintiff,                   :   Case No. 3:03-CV-56 (WWE)
                                     :
v.                                   :
                                     :
THAMES WATER HOLDINGS                :
INCORPORATED,                        :
                                     :
       Defendant.                   :   August 5, 2008
------------------------------------------------------------x

## MOTION ON CONSENT FOR EXTENSION OF TIME

    Plaintiff David E. Chardavoyne hereby respectfully moves on consent pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of thirty days (30) days from August 6, 2008 to and including September 5, 2008 to respond to Defendant's Motion for Judgment on the Pleadings and to the Extent Necessary Summary Judgment ("Motion") dated July 16, 2008. In support of this motion, undersigned counsel states as follows:

    1.    This is the first request for an extension of time with respect to this time limitation.

    2.    Counsel for Plaintiff has conferred with Defendant's counsel, who does not object to the extension requested herein.

    3.    The extension is necessary for undersigned counsel and Plaintiff to confer and discuss a proper response to the Motion.

{00596464; 1; 1103-2}

For the above-stated reasons, plaintiff David E. Chardavoyne respectfully requests that this court grant an extension of time on consent to and including September 5, 2008 to respond to Defendant's Motion for Judgment on the Pleadings and to the Extent Necessary Summary Judgment.

PLAINTIFF DAVID E. CHARDAVOYNE

By: _____
Patrick J. McHugh (ct14072)
William M. Tong (ct25304)
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2048
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
E-mail: pmchugh@fdh.com

{00596464; 1; 1103-2}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 5th day of August, 2008:

Stephen P. Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, Connecticut 06880

Ralph W. Johnson, III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103



Patrick J. McHugh

{00596464; 1; 1103-2}