UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
DAVID E. CHARDAVOYNE,              :
                                    :
           Plaintiff,               :       Case No. 3:03-CV-56 (WWE)
                                    :
    v.                              :
                                    :
THAMES WATER HOLDINGS               :
INCORPORATED,                       :
                                    :
           Defendant.               :       September 5, 2008
---------------------------------------------------------------x

## MOTION ON CONSENT FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves on consent pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of seven days (7) days from September 5, 2008 to and including September 12, 2008 to respond to Defendant's Motion for Judgment on the Pleadings and to the Extent Necessary Summary Judgment ("Motion") dated July 16, 2008. In support of this motion, undersigned counsel states as follows:

1. This is the second request for an extension of time with respect to this time limitation.

2. Counsel for Plaintiff has conferred with Defendant's counsel, who does not object to the extension requested herein.

3. The extension is necessary as undersigned counsel has been out of the country and has been preparing for a preliminary injunction hearing scheduled for September 4-5, 2008 in the Eastern District of New York.

{00613381; 1; 1103-2}

For the above-stated reasons, plaintiff David E. Chardavoyne respectfully requests that this court grant an extension of time on consent to and including September 12, 2008 to respond to Defendant's Motion for Judgment on the Pleadings and to the Extent Necessary Summary Judgment.

                          PLAINTIFF DAVID E. CHARDAVOYNE

By: *Patrick J. McHugh /cas*
     Patrick J. McHugh (ct14072)
     William M. Tong (ct25304)
     Finn Dixon & Herling LLP
     177 Broad Street, 15th Floor
     Stamford, CT 06901-2048
     Telephone: (203) 325-5000
     Facsimile: (203) 325-5001
     E-mail: pmchugh@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 5th day of September, 2008:

> Stephen P. Fogerty, Esq.
> Halloran & Sage LLP
> 315 Post Road West
> Westport, Connecticut 06880
>
> Ralph W. Johnson, III, Esq.
> Halloran & Sage LLP
> One Goodwin Square
> 225 Asylum Street
> Hartford, CT 06103

_____
William M. Tong

{00613381; 1; 1103-2}