UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
DAVID E. CHARDAVOYNE,                :
                                     :
      Plaintiff,                    :    Case No. 3:03-CV-56 (WWE)
                                     :
v.                                   :
                                     :
THAMES WATER HOLDINGS                :
INCORPORATED,                        :
                                     :
      Defendant.                    :    September 11, 2008
---------------------------------------------------------------x

## MOTION ON CONSENT FOR EXTENSION OF TIME

Plaintiff David E. Chardavoyne hereby respectfully moves on consent pursuant to FED. R. CIV. P. 6(b)(1) and D. CONN. L. CIV. R. 7(b)(3) for an extension of time of seven days (7) days from September 12, 2008 to and including September 19, 2008 to respond to Defendant's Motion for Judgment on the Pleadings and to the Extent Necessary Summary Judgment ("Motion") dated July 16, 2008. In support of this motion, undersigned counsel states as follows:

    1.    This is the third request for an extension of time with respect to this time limitation.

    2.    Counsel for Plaintiff has conferred with Defendant's counsel, who does not object to the extension requested herein.

    3.    The extension is necessary as undersigned counsel was involved in a two day preliminary injunction hearing in the Eastern District of New York on September 4-5, 2008 which required further action in coordination with the court on September 8, 2008.

{00616739; 1; 1103-2}

4. Subsequently, undersigned counsel was further required to submit, on an expedited schedule, supplemental briefing on issues arising in a separate action in the Southern District of New York on September 9, 2008.

For the above-stated reasons, plaintiff David E. Chardavoyne respectfully requests that the Court grant an extension of time on consent to and including September 19, 2008 to respond to Defendant's Motion for Judgment on the Pleadings and to the Extent Necessary Summary Judgment.

PLAINTIFF DAVID E. CHARDAVOYNE

By: _____
Patrick J. McHugh (ct14072)
William M. Tong (ct25304)
Richard S. Gora (ct27479)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2048
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
E-mail: rgora@fdh.com

{00616739; 1; 1103-2}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States Mail, first class, postage-prepaid to the following this 11th day of September, 2008:

>Stephen P. Fogerty, Esq.
>Halloran & Sage LLP
>315 Post Road West
>Westport, Connecticut  06880
>
>Ralph W. Johnson, III, Esq.
>Halloran & Sage LLP
>One Goodwin Square
>225 Asylum Street
>Hartford, CT 06103

*/s/ Richard S. Gora*
Richard S. Gora